UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Dusobox Corporation,                    Case No. 6:24-bk-00391
                                        Chapter 11
　　　Debtor.

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**COMES NOW,** the Debtor, Dusobox Corporation ("Dusobox" or "Debtor"), by and through its proposed undersigned attorneys and pursuant to Local Rule 2081-1 of the United States Bankruptcy Court for the Middle District of Florida ("Local Rules"), and hereby files its Case Management Summary and states as follows:

1.　　On January 29, 2024, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, (the "Petition Date") with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

2.　　The Debtor remains in possession of its property and continues to operate and manage its property as debtor and debtor-in-possession pursuant to sections §§1107 and 1108 of the Bankruptcy Code and the order of this court.

3.　　No trustee or examiner has been appointed in the Debtor's chapter 11 case, and no committees have been appointed or designated.

## DESCRIPTION OF THE DEBTOR'S BUSINESS

4.　　Dusobox is a leading designer, engineer, and manufacturer of custom corrugated display solutions and product packaging. Debtor provides expertly engineered and custom designed and printed corrugated displays and packaging using the most technologically advanced

printing and converting equipment. Debtor provides customized, speed-to-market displays, packaging, and signs that are produced with G7 certified color management credentials for seamless distribution.

5.      As a privately held family business since 1951, Dusobox continues to operate under the leadership of the Kelley family. Originally from Boston, Dusobox is now headquartered in Orlando, Florida, and remains one of the most innovative manufacturers of custom corrugated packaging and display solutions in the world.

## LOCATION OF THE DEBTOR'S OPERATIONS AND WHETHER LEASED OR OWNED

6.      Debtor leases manufacturing and office space located at 2501 Investors Row, Suite 500, Orlando, FL 32837.

## REASONS FOR FILING CHAPTER 11

7.      Over the past few years, this industry has faced significant economic challenges and some of the Debtor's major customers have greatly decreased their yearly orders. This is in contrast to the increase in orders that came, and then abruptly diminished, with Covid.

8.      One major issue is that the Debtor was expecting an additional $12,500,000 in revenue in 2023 alone from a single customer. Based on those expectations, Debtor financed new equipment, leased another 40,000 sq ft of warehouse space, and hired additional employees, including high-level management additions. In an unexpected blow to the Debtor, that customer ended up generating less than $2,500,000 in revenue in 2023, less than 20% of expectations.

9.      These factors have put a strain on the Debtor's financial resources. Filing chapter 11 will allow the corporation to restructure debt and reorganize its operations and finances. The Debtor will trim down, sublease out warehouse space, and reject or surrender unnecessary

contracts.  The Debtor has had and continues to have a solid, profitable business.  The Debtor expects to reorganize, restructure, and continue its 70-year plus tradition of excellence.

## LIST OF OFFICERS/DIRECTORS AND THEIR SALARIES AND BENEFITS

10. John L. Kelly is the President and owns 56%. Richard Kelly, Jr. is the Vice President and owns 44%.

## DEBTOR'S ANNUAL GROSS REVENUES

11. The Debtor's annual gross revenues for 2023 were $26,343,715.00.  The annual gross revenues for 2022 were $32,997,754.00.

## AMOUNTS OWED TO VARIOUS CLASSES OF CREDITORS

12. The Debtor owes approximately $8,178,644.01 in secured debt to various equipment finance lenders and $2,650,000 owed to Winter Park National Bank secured by a blanket lien.  The Debtor owes approximately $6,222,640.20 in unsecured debt.

## DESCRIPTION AND VALUE OF FIXED ASSETS

13. The Debtor's assets consist of cash on hand of approximately $50,000.00, accounts receivable of approximately $4,000,000.00, inventory of approximately $700,000, approximately 10 trailers and vehicles, and approximately 10 large pieces of equipment.  The Debtor does not own real property.

## NUMBER OF EMPLOYEES AND AMOUNTS OF WAGES OWED AS OF PETITION DATE

14. The Debtor has 81 employees.

## STATUS OF DEBTOR'S PAYROLL AND SALES TAX OBLIGATIONS

15. The Debtor is current on its payroll and sales tax obligations, as applicable.

## LIST OF ALL INSURANCE POLICIES

16. The Debtor has one policy for General Liability Insurance, one for automobile liability, and an Umbrella Liability carried on one policy with Westfield Companies, and a Worker's compensation and an Equipment floater with Technology Insurance Company, with a policy period from April 28, 2023, to April 28, 2024. A crime policy with Travelers Insurance, with a policy period of May 1, 2022 to May 1, 2025.  An erisk policy with Continental Casualty Company, with a policy period of  May 1, 2022 to May 1, 2023. A policy with Federal Insurance Company the covers D&O and EPL liability, with a policy period of May 1, 2023 to May 1, 2024. The Debtor will add the United States Trustee as a loss payee to the policy.

## STRATEGIC OBJECTIVES

17. The Debtor intends to propose a plan of reorganization in this case. The plan will propose to restructure its debts and continue operations. The Debtor intends to use the chapter 11 process to trim down expenses, focus on core competencies, and reject burdensome contracts.

Dated: January 29, 2024

Respectfully submitted,

*/s/Michael A. Nardella*
Michael A. Nardella, Esq.
Florida Bar No. 051265
Jonathan M. Sykes, Esq.
Florida Bar No. 073176
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Suite 300
Orlando, FL 32801
Phone: (407) 966-2680
mnardella@nardellalaw.com
jsykes@nardellalaw.com
klynch@nardellalaw.com

*Proposed Counsel for Debtor in Possession*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.