UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DUSOBOX CORPORATION,                    Case No.: 6:24-bk-00391
                                        Chapter 11
          Debtor.                       ***Expedited Hearing Requested on or Before:***
_____/                  ***January, 31, 2024, or as soon thereafter as possible***

                                        ***Estimated Time Needed for Hearing:***
                                        **15 Minutes**

**EMERGENCY MOTION TO USE CASH COLLATERAL AND
REQUEST FOR EMERGENCY PRELIMINARY HEARING**

Debtor, Dusobox Corporation, by and through its proposed undersigned counsel, and pursuant to 11 U.S.C. §§ 361 and 363(c)(2)(B) and Federal Rules of Bankruptcy Procedure 4001 and 9014, hereby moves the Court for an order authorizing the use of cash collateral in the form attached hereto as **Exhibit A** and requests an emergency preliminary hearing on the relief sought herein, and in support thereof states as follows:

Preliminary Statement – Certificate of Need for Emergency Relief

1.      If Debtor does not receive immediate relief, then Debtor will not have funds to operate or pay expenses, thereby resulting in immediate and irreparable harm to the value of Debtor's business. Debtor is attempting to obtain the consent of creditors with an interest in cash collateral; however, Debtor is uncertain if such consent can be obtained on an expedited basis. The request for this emergency hearing is not the result of the Debtor's or counsel's procrastination or lack of attention. Debtor requests a hearing as soon as possible as many of Debtor's obligations come due in the ordinary course of the Debtor's business. Debtor estimates that a preliminary hearing of this Motion will require approximately fifteen (15) minutes.

1

<u>Jurisdiction and Venue</u>

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

<u>Background</u>

4. On the date hereof (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

5. The Debtor is operating its business and managing its affairs as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. For a detailed description of the Debtor and its affiliates operations, the Debtor respectfully refers the Court and parties-in-interest to its Case Management Summary.

<u>Description of the Debtor's Business, Creditors, and Cash Collateral</u>

7. Dusobox is a leading designer, engineer, and manufacturer of custom corrugated display solutions and product packaging.

8. Subject to defenses and offsets, the following creditors may assert claims secured by a lien against Debtor's cash collateral:

 1. Winter Park National Bank (first position)

 2. the Small Business Administration (second position)

(collectively, the "Creditors").

9. The cash collateral the Debtor seeks to use is comprised of cash on hand and funds to be received through the continued payments on jobs from customers.

10. As of the Petition Date, the Debtor estimates the value of its cash collateral, consisting of cash on hand, is approximately $50,000.00 and the value of its accounts receivable

collateral is approximately $4,000,000.00.

<div align="center">Relief Requested and Adequate Protection</div>

11.    The Debtor will require the use of cash collateral to continue to operate its business.

12.    The Debtor will use cash collateral to make payroll, pay rent, pay suppliers and vendors, and pay other ordinary course expenses to maintain its business and order additional inventory that may be subject to a creditors' lien.

13.    A budget (the "Budget") showing estimated income and expenses for the Debtor's business through October of 2024 is attached hereto as **Exhibit B**.

14.    Debtor projects that the business can be operated on a profitable basis such that in the ordinary course of business more cash collateral will be generated than used.  Use of the cash collateral provides Debtor with a reasonable opportunity for reorganization under chapter 11 which will maximize the value of its assets.

15.    As adequate protection to Winter Park National Bank ("WPNB") , Debtor proposes to continue making monthly interest only payments of approximately $20,000.00 per month as provided in the Budget.

16.    The interests of the Creditors will be further adequately protected by: (i) a replacement lien; (ii) standard reporting requirements; (iii) continued maintenance of the Debtor's assets; and (iv) increased value of the Debtor's assets as a result of reorganization.

17.    If the Debtor is not permitted to use cash collateral, it will be forced to halt operations which will result in the loss of the going concern value of the business, the inability of the Debtor to continue operating, and the frustration of Debtor's efforts to reorganize. Accordingly, the Debtor alleges that granting the use of cash collateral and allowing it a chance to reorganize is the best way to maximize the position of WPNB, the SBA, and all other creditors.

<u>Basis for Relief</u>

18.     Section 363(c)(2) provides that a debtor in possession may not use cash collateral unless an entity that has an interest in such cash collateral consents or the Court approves the use.

19.     Section 363(o) provides that at a hearing on the use of cash collateral, the entity asserting an interest in the cash collateral has the burden of proof on the issue of the validity, priority, or extent of such interest, and the debtor-in-possession has the burden of proof on the issue of adequate protection.

20.     Rule 4001(b)(2) provides that the Court may not hold a final hearing on a motion to use cash collateral earlier than 15 days after service of the motion, but may authorize the use of cash collateral prior to a final hearing as necessary to avoid immediate and irreparable harm to the estate pending a final hearing.

21.     Section 361 of the Bankruptcy Code provides examples of adequate protection, which include "replacement liens," "periodic cash payments," and other measures which provide an "indubitable equivalent."

22.     The focus of adequate protection is to protect the secured creditor from any decline in value of its collateral during the bankruptcy period.  *See In re Delta Resources, Inc.*, 54 F.3d 722, 730 (11th Cir. 1995)(stating that adequate protection "encompasses the decline in value of the collateral only, rather than perpetuating the ratio of the collateral to the debt").

23.     As stated above, Debtor is providing multiple forms of adequate protection for the Creditors and is therefore entitled to use cash collateral.

24.     Nothing contained herein is intended or should be construed as: (a) an admission as to the validity of any claim against the Debtor; (b) a waiver of the Debtor's rights to dispute any claim; or (c) an approval or assumption of any agreement, contract or lease pursuant to Section

365.

WHEREFORE, the Debtor respectfully requests entry of an order, in the form attached hereto as **Exhibit A**, authorizing the continued use of cash collateral, setting an emergency preliminary hearing as soon as possible, and granting such other and further relief as is just and equitable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on January 29, 2024 by first class United States mail, postage prepaid to Winter Park National Bank, 201 North New York Ave, Suite 100, Winter Park, FL 32789 and The Small Business Administration, Office of General Counsel, 409 3rd Street, SW, Washington, DC 20416, The Small Business Administration, 7825 Baymeadows Way, Suite 100B, Jacksonville, FL 32256. .


Dated: January 29, 2024                     Respectfully submitted,

                                            */s/Michael A. Nardella*
                                            Michael A. Nardella, Esq.
                                            Florida Bar No. 051265
                                            Jonathan M. Sykes, Esq.
                                            Florida Bar No. 073176
                                            **Nardella & Nardella, PLLC**
                                            135 W. Central Blvd., Suite 300
                                            Orlando, FL 32801
                                            Phone: (407) 966-2680
                                            mnardella@nardellalaw.com
                                            jsykes@nardellalaw.com
                                            klynch@nardellalaw.com

                                            *PROPOSED COUNSEL TO DEBTOR*

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DUSOBOX CORPORATION,                         Case No.: 6:24-bk-
                                             Chapter 11

        Debtor.
_____/

**FIRST INTERIM ORDER GRANTING DEBTOR'S MOTION TO USE
CASH COLLATERAL AND NOTICE OF CONTINUED HEARING**

      **THIS CASE** came on for an emergency preliminary hearing on ___, 2024 (the "Hearing")

upon the Emergency Motion to Use Cash Collateral filed by Dusobox Corporation (the "Debtor"),

filed on January 29, 2024 (Doc. No. __) (the "Motion").  The Motion seeks authority to use cash

collateral and to provide adequate protection to First National Bank of Winter Park on an interim

basis.  Upon consideration of the Motion, the evidence presented, and the positions of the parties at the Hearing, it is

**ORDERED:**

1.    <u>Interim Authorization Granted</u>.  The Motion is granted on an interim basis as provided herein, subject to the right of any party in interest to petition the Court for reconsideration of this Order at any time prior to the confirmation of any plan of reorganization of the Debtor.

2.    <u>Cash Collateral Authorization</u>.  Subject to the provisions of this order, the Debtor is authorized to use cash collateral to pay: (a) amounts expressly authorized by this Court, including payments to the United States Trustee for quarterly fees; (b) the current and necessary expenses set forth in the budget attached as **<u>Exhibit A</u>** attached hereto, plus an amount not to exceed ten percent (10%) for each line item (provided no amount shall be disbursed for pre-petition sales tax, absent proper application and entry of an order by the Court); and (c) such additional amounts as may be expressly approved in writing by Winter Park National Bank and/or the Small Business Administration (collectively, the "Creditors"), to the extent such Creditor has an interest in such cash collateral.  This authorization will continue until the effective date of any confirmed plan of reorganization of the Debtor, or until further order of this Court.  Except as authorized in this order, the Debtor is prohibited from use of cash collateral.

3.    <u>Debtor Obligations</u>.  The Debtor shall timely perform all obligations of a debtor-in-possession required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the orders of this Court.

4.    <u>Access to Records and Premises</u>.  Upon reasonable notice, and provided that it does not unreasonably interfere with the business of the Debtor, the Debtor shall grant the Creditors access to the Debtor's business records and premises for inspection.

5.      <u>Replacement Lien</u>.  The Creditors shall have a perfected post-petition lien against cash collateral to the same extent and with the same validity and priority as its respective prepetition liens, without the need to file or execute any document as may otherwise be required under applicable nonbankruptcy law.

6.      <u>Insurance</u>.  The Debtor shall maintain all its insurances including liability and casualty insurance coverage in accordance with state law and its obligations under the agreements with its Creditors.

7.      <u>Without Prejudice</u>.  This Order is without prejudice to: (a) any subsequent request by a party-in-interest for modified adequate protection or restrictions on use of cash collateral; or (b) any other right or remedy which may be available to the Creditors.

8.      <u>Creditors Committee</u>.  The provisions of this Order are without prejudice to the rights of the United States Trustee to appoint a committee or any rights of a duly-appointed committee to challenge the validity, priority, or extent of any lien(s) asserted against cash collateral.

9.      <u>Enforcement</u>.  The Court shall retain jurisdiction to enforce the terms of this Order.

10.     <u>Adequate Protection Payments to Winter Park National Bank</u>.  As additional protection for the Winter Park National Bank's interest in the cash collateral, the Debtor shall make monthly interest only payments in the approximate amount of $20,000.00 on the loan up to the effective date of any confirmed plan of reorganization of the Debtor.  The monthly payments shall be applied by Winter Park National Bank as provided for in its loan documents and agreements with the Debtor.

12.     <u>Continued Hearing</u>.  The hearing on this Motion is continued to _____ ___, 2024, at _____ a.m./p.m.

Attorney Michael Nardella is directed to serve a copy of this order on interested parties who are non-CM/ECF users parties and file a proof of service within 3 days of entry of the order.

## **Exhibit B**

Budget Through November



DUSOBOX brilliantly effective packaging & displays

# 13-Week Initial Cash Flow Forecast, 6-Months Thereafter

| Week Number ---> | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual / Forecast --> | | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| Week Ending ---> | % | 2/2/2024 | 2/9/2024 | 2/16/2024 | 2/23/2024 | 3/1/2024 | 3/8/2024 | 3/15/2024 | 3/22/2024 | 3/29/2024 | 4/5/2024 | 4/12/2024 | 4/19/2024 |
| **Reciepts** | | | | | | | | | | | | | |
| Collections on accounts receivable | | 487,593 | 487,593 | 487,593 | 487,593 | 478,987 | 478,987 | 478,987 | 478,987 | 493,750 | 493,750 | 493,750 | 493,750 |
| Deposits Received | | - | - | - | - | - | - | - | - | - | - | - | - |
| Additional Paid In Capital | | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Receipts | | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | | 487,593 | 487,593 | 487,593 | 487,593 | 478,987 | 478,987 | 478,987 | 478,987 | 493,750 | 493,750 | 493,750 | 493,750 |
| **Operating Dispursements** | | | | | | | | | | | | | |
| COGS | | | | | | | | | | | | | |
| Materials | 50% | 250,000 | 250,000 | 250,000 | 250,000 | 237,500 | 237,500 | 237,500 | 237,500 | 250,000 | 250,000 | 250,000 | 250,000 |
| Direct Labor | | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 |
| Variable Costs - Utilities | | - | 35,000 | - | - | | 35,000 | | | | 35,000 | | |
| Variable costs - Plant Salaries | | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 |
| Variable Costs - Maintenance Labor | | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 |
| Variable Costs - Shipping | | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 |
| Variable Costs - Maintenance | 2.1% | 10,239 | 10,239 | 10,239 | 10,239 | 10,059 | 10,059 | 10,059 | 10,059 | 10,369 | 10,369 | 10,369 | 10,369 |
| Variable Costs - Other | 2.1% | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| Delivery Costs | 2.8% | 13,653 | 13,653 | 13,653 | 13,653 | 13,412 | 13,412 | 13,412 | 13,412 | 13,825 | 13,825 | 13,825 | 13,825 |
| Fixed Plant Costs | | | | | | | | | | | | | |
| Building Rent - Existing Warehouse | | 75,000 | - | - | - | 75,000 | - | - | - | - | 75,000 | - | - |
| Building Rent - Suite 800 (Sublease in 3 months) | | 25,000 | - | - | - | 25,000 | - | - | - | - | | - | - |
| SG&A | | | | | | | | | | | | | |
| Salaries, Benefits, Commissions, Taxes | | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 |
| Insurance | | - | - | 22,000 | - | - | 7,500 | 22,000 | - | - | - | - | 22,000 |
| Sales | | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Technology | | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Interest Expense - Winter Park National | | 20,000 | - | - | - | 20,000 | - | - | - | - | 20,000 | - | - |
| Equipment loan payments (deferred for 3 mos) | | | | | | | | | | | | | |
| Other SG&A | | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Dispursements** | | 429,992 | 571,885 | 331,992 | 566,885 | 417,070 | 566,463 | 319,070 | 553,963 | 310,294 | 667,187 | 310,294 | 589,187 |
| **Weekly Net Cash Flow (Operations)** | | 57,601 | (84,292) | 155,601 | (79,292) | 61,917 | (87,476) | 159,917 | (74,976) | 183,456 | (173,437) | 183,456 | (95,437) |
| **Non-Operating Disbursements** | | | | | | | | | | | | | |
| Interest Only Bank | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Non-Operating Disbursements** | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Weekly Total Net Cash Flow** | | 47,601 | (94,292) | 145,601 | (89,292) | 51,917 | (97,476) | 149,917 | (84,976) | 173,456 | (183,437) | 173,456 | (105,437) |
| **Cash Balance** | | | | | | | | | | | | | |
| Cash On Hand - Begining Balance | | $ 100,000 | $ 147,601 | $ 53,309 | $ 198,911 | $ 109,619 | $ 161,536 | $ 64,059 | $ 213,976 | $ 129,000 | $ 302,456 | $ 119,019 | $ 292,475 |
| Total Net Cash Flow | | 47,601 | (94,292) | 145,601 | (89,292) | 51,917 | (97,476) | 149,917 | (84,976) | 173,456 | (183,437) | 173,456 | (105,437) |
| **Cash Ending Balance** | | 147,601 | 53,309 | 198,911 | 109,619 | 161,536 | 64,059 | 213,976 | 129,000 | 302,456 | 119,019 | 292,475 | 187,039 |

| Week Number ---> | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual / Forecast --> | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| Week Ending ---> | 4/26/2024 | 5/3/2024 | 5/10/2024 | 5/17/2024 | 5/24/2024 | 5/31/2024 | 6/7/2024 | 6/14/2024 | 6/21/2024 | 6/28/2024 | 7/5/2024 | 7/12/2024 | 7/19/2024 |
| **Reciepts** | | | | | | | | | | | | | |
| Collections on accounts receivable | 493,750 | 498,750 | 498,750 | 498,750 | 498,750 | 465,000 | 465,000 | 465,000 | 465,000 | 465,000 | 452,500 | 452,500 | 452,500 |
| Deposits Received | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Additional Paid In Capital | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 493,750 | 498,750 | 498,750 | 498,750 | 498,750 | 465,000 | 465,000 | 465,000 | 465,000 | 465,000 | 452,500 | 452,500 | 452,500 |
| **Operating Dispursements** | | | | | | | | | | | | | |
| COGS | | | | | | | | | | | | | |
| Materials | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 |
| Direct Labor | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | |
| Variable Costs - Utilities | | | 30,000 | | | | 30,000 | | | | 30,000 | | |
| Variable costs - Plant Salaries | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | |
| Variable Costs - Maintenance Labor | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - |
| Variable Costs - Shipping | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | |
| Variable Costs - Maintenance | 10,369 | 10,474 | 10,474 | 10,474 | 10,474 | 9,765 | 9,765 | 9,765 | 9,765 | 9,765 | 9,503 | 9,503 | 9,503 |
| Variable Costs - Other | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| Delivery Costs | 13,825 | 13,965 | 13,965 | 13,965 | 13,965 | 13,020 | 13,020 | 13,020 | 13,020 | 13,020 | 12,670 | 12,670 | 12,670 |
| Fixed Plant Costs | | | | | | | | | | | | | |
| Building Rent - Existing Warehouse | - | 75,000 | - | - | - | 75,000 | - | - | - | - | 75,000 | - | - |
| Building Rent - Suite 800 (Sublease in 3 months) | - | | | | | | | | | | | | |
| SG&A | | | | | | | | | | | | | |
| Salaries, Benefits, Commissions, Taxes | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - |
| Insurance | - | - | - | 22,000 | - | - | 7,500 | 22,000 | - | - | - | - | 22,000 |
| Sales | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Technology | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Interest Expense - Winter Park National | - | 20,000 | - | - | - | - | 20,000 | - | - | - | 20,000 | - | - |
| Equipment loan payments (deferred for 3 mos) | | | | | | | | | | | | | |
| Other SG&A | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Dispursements** | 310,294 | 632,432 | 340,539 | 589,432 | 310,539 | 585,778 | 341,385 | 562,778 | 283,885 | 510,778 | 408,273 | 540,166 | 305,273 |
| **Weekly Net Cash Flow (Operations)** | 183,456 | (133,682) | 158,211 | (90,682) | 188,211 | (120,778) | 123,615 | (97,778) | 181,115 | (45,778) | 44,228 | (87,666) | 147,228 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | |
| Interest Only Bank | | | | | | | | | | | | | |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Non-Operating Disbursements** | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Weekly Total Net Cash Flow** | 173,456 | (143,682) | 148,211 | (100,682) | 178,211 | (130,778) | 113,615 | (107,778) | 171,115 | (55,778) | 34,228 | (97,666) | 137,228 |
| **Cash Balance** | | | | | | | | | | | | | |
| Cash On Hand - Begining Balance | $ 187,039 | $ 360,495 | $ 216,813 | $ 365,024 | $ 264,343 | $ 442,554 | $ 311,776 | $ 425,391 | $ 317,613 | $ 488,728 | $ 432,950 | $ 467,177 | $ 369,512 |
| Total Net Cash Flow | 173,456 | (143,682) | 148,211 | (100,682) | 178,211 | (130,778) | 113,615 | (107,778) | 171,115 | (55,778) | 34,228 | (97,666) | 137,228 |
| **Cash Ending Balance** | 360,495 | 216,813 | 365,024 | 264,343 | 442,554 | 311,776 | 425,391 | 317,613 | 488,728 | 432,950 | 467,177 | 369,512 | 506,739 |

| Week Number ---> | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual / Forecast --> | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| Week Ending ---> | 7/26/2024 | 8/2/2024 | 8/9/2024 | 8/16/2024 | 8/23/2024 | 8/30/2024 | 9/6/2024 | 9/13/2024 | 9/20/2024 | 9/27/2024 | 10/4/2024 | 10/11/2024 |
| **Reciepts** | | | | | | | | | | | | |
| Collections on accounts receivable | 452,500 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 520,000 | 520,000 |
| Deposits Received | - | - | - | - | - | - | - | - | - | - | - | - |
| Additional Paid In Capital | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Receipts | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 452,500 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 520,000 | 520,000 |
| **Operating Dispursements** | | | | | | | | | | | | |
| COGS | | | | | | | | | | | | |
| Materials | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 |
| Direct Labor | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | |
| Variable Costs - Utilities | | | 30,000 | | | | 30,000 | | | | | 30,000 |
| Variable costs - Plant Salaries | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | |
| Variable Costs - Maintenance Labor | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - |
| Variable Costs - Shipping | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | |
| Variable Costs - Maintenance | 9,503 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 10,920 | 10,920 |
| Variable Costs - Other | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| Delivery Costs | 12,670 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 14,560 | 14,560 |
| Fixed Plant Costs | | | | | | | | | | | | |
| Building Rent - Existing Warehouse | - | 75,000 | - | - | - | 75,000 | - | - | - | 75,000 | | - |
| Building Rent - Suite 800 (Sublease in 3 months) | | | | | | | | | | | | - |
| SG&A | | | | | | | | | | | | |
| Salaries, Benefits, Commissions, Taxes | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - |
| Insurance | - | - | - | 22,000 | - | - | - | 7,500 | 22,000 | - | - | - |
| Sales | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Technology | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Interest Expense - Winter Park National | - | 20,000 | - | - | - | - | 20,000 | - | - | - | 20,000 | - |
| Equipment loan payments (deferred for 3 mos) | | | | | | | | | | | | |
| Other SG&A | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Dispursements** | 510,166 | 378,150 | 570,043 | 305,150 | 510,043 | 358,150 | 590,043 | 290,650 | 532,043 | 358,150 | 563,473 | 316,580 |
| **Weekly Net Cash Flow (Operations)** | (57,666) | 71,850 | (120,043) | 144,850 | (60,043) | 91,850 | (140,043) | 159,350 | (82,043) | 91,850 | (43,473) | 203,420 |
| **Non-Operating Disbursements** | | | | | | | | | | | | |
| Interest Only Bank | | | | | | | | | | | | |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Non-Operating Disbursements** | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Weekly Total Net Cash Flow** | (67,666) | 61,850 | (130,043) | 134,850 | (70,043) | 81,850 | (150,043) | 149,350 | (92,043) | 81,850 | (53,473) | 193,420 |
| **Cash Balance** | | | | | | | | | | | | |
| Cash On Hand - Begining Balance | $ 506,739 | $ 439,074 | $ 500,924 | $ 370,881 | $ 505,731 | $ 435,688 | $ 517,538 | $ 367,495 | $ 516,845 | $ 424,802 | $ 506,652 | $ 453,179 |
| Total Net Cash Flow | (67,666) | 61,850 | (130,043) | 134,850 | (70,043) | 81,850 | (150,043) | 149,350 | (92,043) | 81,850 | (53,473) | 193,420 |
| **Cash Ending Balance** | 439,074 | 500,924 | 370,881 | 505,731 | 435,688 | 517,538 | 367,495 | 516,845 | 424,802 | 506,652 | 453,179 | 646,599 |