UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DUSOBOX CORPORATION,

    Debtor.

_____/

Case No.: 6:24-bk- 00391
Chapter 11

*Expedited Hearing Requested on or Before: January, 31, 2024, or as soon thereafter as possible*

*Estimated Time Needed for Hearing:*
**15 Minutes**

## DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO PAY AFFILIATE OFFICER SALARIES

The Debtor, Dusobox Corporation, by and through its undersigned counsel and pursuant to Local Rule 2081-1(6), moves for authority to pay affiliate officers' salaries on a going forward basis ("Motion"), and in support thereof states as follows:

1. The Debtor filed the petition in this case on January 26, 2024 (the "Petition Date").

2. The Debtor continues to operate its business as debtors-in-possession, pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

3. The Debtor has two affiliate officers, John L. Kelley ("John") and Richard Kelley, Jr. ("Richard").

4. The Debtor is a Florida corporation. John holds a 66% stock interest in the Debtor. Richard holds a 44% stock interest. John is the President of the Debtor. Richard is the Vice President of the Debtor. John and Richard are key employees of the Debtor. The Debtor cannot sustain its operations without John and Richard working full time for the business.

5. John's is the top executive in Dusobox and is responsible for setting the overall vision and direction of the company. His specific duties include:

   a. High-Level vendor, equipment manufacturer and customer relationships.

   b. Maintains industry association board positions.

   c. Produce/Company Innovation (R&D).

   d. Maintaining the culture and Core Values.

   e. Setting company business strategy.

6. Richard handles design and estimating for Dusobox. His duties include:

   a. Leading the department head for design (a direct report).

   b. Managing key, longstanding customer relationships like Publix.

   c. Compiling and/or reviewing all outgoing quotes.

   d. Participating on the leadership team.

7. John does not have a written employment agreement with the Debtor. During the 12 months before bankruptcy, he earned $7,692.34 biweekly. Deductions include federal income tax $792.00, Social Security $382.01[1], Medicare $165.01, 401K $384.62 Dental EO $7.04, Dental ES $6.00, FSA $109.61, Medical $217.12, PPO3824 ES $538.57, Vision EO $2.53, Vision ES $6.00, and Vol Acc ES $9.69. The Debtor contributes $192.31 to his 401K fund biweekly.

8. Richard does not have a written employment agreement with the Debtor. During the 12 months before bankruptcy, he earned $7,692.34 biweekly. Deductions include federal income tax $1,038.13, Social Security $382.01[1], Medicare $170.60, 401k $883.24, Dental EO

---

[1] The amount listed is the average amount of the total Social Security deduction over 26 pay periods in 2023. The deduction of Social Security for 2023 was 6.2 percent of gross wages until maximum salary of $160,200 is reached. In 2024, the deduction is 6.2 percent of gross wages until maximum salary of $168,600 is reached.

$11.86, Dental ES $16.64, Medical $147.95, PPO3805 ES $410.20, Vision EO $2.53, and Vision ES $6.00.  The Debtor contributes $0.00 to his 401K fund biweekly..

9. Neither John nor Richard performs services for any third party for which they receive compensation, and neither receives nor will receive compensation from any source other than the debtor-in-possession after the Petition Date.

10. The Debtor proposes to pay John a salary of $7,692.34 biweekly.

11. The Debtor proposes to pay Richard a salary of $7,692.34 biweekly.

12. The Debtor requests authority to compensate John and Richard effective to the petition date.

**WHEREFORE**, the Debtor requests the entry of an order: authorizing the Debtor to pay affiliate officer salaries, together with applicable taxes and benefits, as described above, effective to the Petition Date.

Dated: January 29, 2024                                  Respectfully submitted,

*/s/Michael A. Nardella*
Michael A. Nardella, Esq.
Florida Bar No. 051265
Jonathan M. Sykes, Esq.
Florida Bar No. 073176
**Nardella & Nardella, PLLC**
135 W. Central Blvd., Suite 300
Orlando, FL 32801
Phone: (407) 966-2680
mnardella@nardellalaw.com
jsykes@nardellalaw.com
klynch@nardellalaw.com

*Proposed Counsel for Debtor in Possession*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on January 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system; and furnished a copy by first class mail U.S., postage prepaid to (a) all non-filers on the Local Rule 1007-2 Parties-in-interest list as shown on the mailing matrix attached to the original of this document filed with the court.

      */s/Michael A. Nardella*
      Michael A. Nardella, Esq.

**List of Creditors Holding 20 Largest Unsecured Claims**

American Express
P.O. Box 650448
Dallas, TX 75265

AMERITEK INC.
118 SOUTH WALNUT CIRCLE
Greensboro, NC 27409

BEST DEDICATED SOLUTIONS
702 N. DEERPATH DRIVE
Vernon Hills, IL 60061

Colfin 2017-2 Industrial
Owner, LLC
345 Park Avenue
New York, NY 10154

EXPRESS SERVICES, INC
PO BOX 535434
Atlanta, GA 30353

FLOCK FREIGHT, INC
DEPT. LA 24808
Pasadena, CA 91185

HOOD CONTAINER
(TAMPA PLANT)
301 COMMERCE BLVD
BUILDING #1
Oldsmar, FL 34677

HOOD CONTAINER (ATLANTA)
5090 McDOUGALL DRIVE SW
Atlanta, GA 30336

IMPACT IMAGING GROUP
1015 W. BOBO NEWSOM HWY
Hartsville, SC 29550

KIWIPLAN, LLC
7870 E. KEMPER ROAD
SUITE 200 SOUTH
Cincinnati, OH 45249

LEWISBURG
170 WOODSIDE AVE
Lewisburg, TN 37091
MARK TRECE
5385 GATEWAY BLVD BAYS 1-5
Lakeland, FL 33815

Meredith Webb
334 North Main Street
Burlington, NC 27217

Orange county Tax Collector
Scott Randolph
P.O. Box 545100
Orlando, FL 32854

SCHWARZ PARTNERS
PACKAGING LLC
1101 EAST 33RD STREET
Hialeah, FL 33013

Small business Admin
409 3rd St., SW
Washington, DC 20416

SUSTAINABLE CORRUGATED, LLC
2852 FIVE SPRINGS ROAD
Dalton, GA 30720

THE JM FRY COMPANY
4329 EUBANK ROAD
Henrico, VA 23231

TOROSIAN TECH SERVICES, INC
P.O. BOX 8243
Portsmouth, NH 03802

Visipak
123 Manufacturers Dr
Arnold, MO 63010