UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Dusobox Corporation,   Case No. 6:24-bk-00391-TPG
                       Chapter 11
  Debtor.

_____/

## NOTICE OF FILING

Dusobox Corporation ("Debtor"), by and through its undersigned attorneys hereby gives notice of filing the attached cash collateral exhibit in reference to *Debtor's Emergency to Use Cash Collateral and Request for Emergency Hearing* (Doc. 5).

Dated: February 1, 2024              Respectfully submitted,

                                     */s/Michael A. Nardella*
                                     Michael A. Nardella, Esq.
                                     Florida Bar No. 051265
                                     Jonathan M. Sykes, Esq.
                                     Florida Bar No. 073176
                                     **Nardella & Nardella, PLLC**
                                     135 W. Central Blvd., Suite 300
                                     Orlando, FL 32801
                                     Phone: (407) 966-2680
                                     mnardella@nardellalaw.com
                                     jsykes@nardellalaw.com
                                     klynch@nardellalaw.com

                                     *PROPOSED COUNSEL TO DEBTOR*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                     */s/Michael A. Nardella*
                                     Michael A. Nardella, Esq.



# 13-Week Initial Cash Flow Forecast, 6-Months Thereafter

| Week Number ---> | % | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual / Forecast --> | | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| Week Ending ---> | | 2/2/2024 | 2/9/2024 | 2/16/2024 | 2/23/2024 | 3/1/2024 | 3/8/2024 | 3/15/2024 | 3/22/2024 | 3/29/2024 | 4/5/2024 | 4/12/2024 | 4/19/2024 | 4/26/2024 | 5/3/2024 | 5/10/2024 | 5/17/2024 |
| **Receipts** | | | | | | | | | | | | | | | | | |
| Collections on accounts receivable | | 487,593 | 487,593 | 487,593 | 487,593 | 478,987 | 478,987 | 478,987 | 478,987 | 493,750 | 493,750 | 493,750 | 493,750 | 493,750 | 498,750 | 498,750 | 498,750 |
| Deposits Received | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Additional Paid In Capital | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Receipts | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | | 487,593 | 487,593 | 487,593 | 487,593 | 478,987 | 478,987 | 478,987 | 478,987 | 493,750 | 493,750 | 493,750 | 493,750 | 493,750 | 498,750 | 498,750 | 498,750 |
| **Operating Dispursements** | | | | | | | | | | | | | | | | | |
| COGS | | | | | | | | | | | | | | | | | |
| Materials | ## | 250,000 | 250,000 | 250,000 | 250,000 | 237,500 | 237,500 | 237,500 | 237,500 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Direct Labor | | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 |
| Variable Costs - Utilities | | - | 35,000 | - | - | | 35,000 | | | | 35,000 | | | | | 30,000 | |
| Variable costs - Plant Salaries | | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 |
| Variable Costs - Maintenance Labor | | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 |
| Variable Costs - Shipping | | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 |
| Variable Costs - Maintenance | ## | 10,239 | 10,239 | 10,239 | 10,239 | 10,059 | 10,059 | 10,059 | 10,059 | 10,369 | 10,369 | 10,369 | 10,369 | 10,369 | 10,474 | 10,474 | 10,474 |
| Variable Costs - Other | ## | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| Delivery Costs | ## | 13,653 | 13,653 | 13,653 | 13,653 | 13,412 | 13,412 | 13,412 | 13,412 | 13,825 | 13,825 | 13,825 | 13,825 | 13,825 | 13,965 | 13,965 | 13,965 |
| Fixed Plant Costs | | | | | | | | | | | | | | | | | |
| Building Rent - Existing Warehouse | | 75,000 | - | - | - | 75,000 | - | - | - | - | 75,000 | - | - | - | 75,000 | - | - |
| Building Rent - Suite 800 (Sublease in 3 months) | | 25,000 | - | - | - | 25,000 | - | - | - | - | | - | - | - | | - | - |
| SG&A | | | | | | | | | | | | | | | | | |
| Salaries, Benefits, Commissions, Taxes | | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 |
| Insurance | | - | - | 22,000 | - | - | 7,500 | 22,000 | - | - | - | - | 22,000 | - | - | - | 22,000 |
| Sales | | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Technology | | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Interest Expense - Winter Park National | | 20,000 | - | - | - | 20,000 | - | - | - | - | 20,000 | - | - | - | 20,000 | - | - |
| Equipment loan payments (deferred for 3 mos) | | | | | | | | | | | | | | | | | |
| Other SG&A | | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Dispursements** | | 429,992 | 571,885 | 331,992 | 566,885 | 417,070 | 566,463 | 319,070 | 553,963 | 310,294 | 667,187 | 310,294 | 589,187 | 310,294 | 632,432 | 340,539 | 589,432 |
| **Weekly Net Cash Flow (Operations)** | | 57,601 | (84,292) | 155,601 | (79,292) | 61,917 | (87,476) | 159,917 | (74,976) | 183,456 | (173,437) | 183,456 | (95,437) | 183,456 | (133,682) | 158,211 | (90,682) |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | | | |
| Interest Only Bank | | | | | | | | | | | | | | | | | |
| US Trustee Fees | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Non-Operating Disbursements** | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Weekly Total Net Cash Flow** | | 47,601 | (94,292) | 145,601 | (89,292) | 51,917 | (97,476) | 149,917 | (84,976) | 173,456 | (183,437) | 173,456 | (105,437) | 173,456 | (143,682) | 148,211 | (100,682) |
| **Cash Balance** | | | | | | | | | | | | | | | | | |
| Cash On Hand - Begining Balance | | $ 100,000 | $ 147,601 | $ 53,309 | $ 198,911 | $ 109,619 | $ 161,536 | $ 64,059 | $ 213,976 | $ 129,000 | $ 302,456 | $ 119,019 | $ 292,475 | $ 187,039 | $ 360,495 | $ 216,813 | $ 365,024 |
| Total Net Cash Flow | | 47,601 | (94,292) | 145,601 | (89,292) | 51,917 | (97,476) | 149,917 | (84,976) | 173,456 | (183,437) | 173,456 | (105,437) | 173,456 | (143,682) | 148,211 | (100,682) |
| **Cash Ending Balance** | | 147,601 | 53,309 | 198,911 | 109,619 | 161,536 | 64,059 | 213,976 | 129,000 | 302,456 | 119,019 | 292,475 | 187,039 | 360,495 | 216,813 | 365,024 | 264,343 |

Page 1 of 3

C:\shortcut-targets-by-id\0B4Z8oEOhAZDhSXdNdV9wNTNEV0U\Clio\Dusobox Corporation\23744-00001Dusobox Corporation-Advice on Potential Chapter 11\Client Docs\2024 Cash Flow Forecast _1.25.24



**13-Week Initial Cash Flow Forecast, 6-Months Thereafter**

| | Week Number ---> | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual / Forecast ---> | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| | Week Ending ---> | 5/24/2024 | 5/31/2024 | 6/7/2024 | 6/14/2024 | 6/21/2024 | 6/28/2024 | 7/5/2024 | 7/12/2024 | 7/19/2024 | 7/26/2024 | 8/2/2024 | 8/9/2024 | 8/16/2024 | 8/23/2024 | 8/30/2024 | 9/6/2024 | 9/13/2024 |
| **Receipts** | | | | | | | | | | | | | | | | | | |
| | Collections on accounts receivable | 498,750 | 465,000 | 465,000 | 465,000 | 465,000 | 465,000 | 452,500 | 452,500 | 452,500 | 452,500 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 |
| | Deposits Received | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Additional Paid In Capital | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Other Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | | 498,750 | 465,000 | 465,000 | 465,000 | 465,000 | 465,000 | 452,500 | 452,500 | 452,500 | 452,500 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 |
| | | | | | | | | | | | | | | | | | | |
| **Operating Dispursements** | | | | | | | | | | | | | | | | | | |
| | COGS | | | | | | | | | | | | | | | | | |
| | Materials | 250,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 |
| | Direct Labor | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | |
| | Variable Costs - Utilities | | | 30,000 | | | | 30,000 | | | | | 30,000 | | | | 30,000 | |
| | Variable costs - Plant Salaries | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | |
| | Variable Costs - Maintenance Labor | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - |
| | Variable Costs - Shipping | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | |
| | Variable Costs - Maintenance | 10,474 | 9,765 | 9,765 | 9,765 | 9,765 | 9,765 | 9,503 | 9,503 | 9,503 | 9,503 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 |
| | Variable Costs - Other | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| | Delivery Costs | 13,965 | 13,020 | 13,020 | 13,020 | 13,020 | 13,020 | 12,670 | 12,670 | 12,670 | 12,670 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 |
| | | | | | | | | | | | | | | | | | | |
| | Fixed Plant Costs | | | | | | | | | | | | | | | | | |
| | Building Rent - Existing Warehouse | - | 75,000 | - | - | - | - | 75,000 | - | - | - | - | 75,000 | - | - | - | 75,000 | - | - |
| | Building Rent - Suite 800 (Sublease in 3 mont | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | |
| | SG&A | | | | | | | | | | | | | | | | | |
| | Salaries, Benefits, Commissions, Taxes | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - |
| | Insurance | - | - | 7,500 | 22,000 | - | - | - | - | 22,000 | - | - | - | 22,000 | - | - | - | 7,500 |
| | Sales | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| | Technology | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| | Interest Expense - Winter Park National | - | - | 20,000 | - | - | - | 20,000 | - | - | - | 20,000 | - | - | - | - | 20,000 | - |
| | Equipment loan payments (deferred for 3 mo | | | | | | | | | | | | | | | | | |
| | Other SG&A | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Dispursements** | | 310,539 | 585,778 | 341,385 | 562,778 | 283,885 | 510,778 | 408,273 | 540,166 | 305,273 | 510,166 | 378,150 | 570,043 | 305,150 | 510,043 | 358,150 | 590,043 | 290,650 |
| | | | | | | | | | | | | | | | | | | |
| **Weekly Net Cash Flow (Operations)** | | 188,211 | (120,778) | 123,615 | (97,778) | 181,115 | (45,778) | 44,228 | (87,666) | 147,228 | (57,666) | 71,850 | (120,043) | 144,850 | (60,043) | 91,850 | (140,043) | 159,350 |
| | | | | | | | | | | | | | | | | | | |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | | | | |
| | Interest Only Bank | | | | | | | | | | | | | | | | | |
| | US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Other Non-Operating | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Non-Operating Disbursements** | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| | | | | | | | | | | | | | | | | | | |
| **Weekly Total Net Cash Flow** | | 178,211 | (130,778) | 113,615 | (107,778) | 171,115 | (55,778) | 34,228 | (97,666) | 137,228 | (67,666) | 61,850 | (130,043) | 134,850 | (70,043) | 81,850 | (150,043) | 149,350 |
| | | | | | | | | | | | | | | | | | | |
| **Cash Balance** | | | | | | | | | | | | | | | | | | |
| | Cash On Hand - Begining Balance | $ 264,343 | $ 442,554 | $ 311,776 | $ 425,391 | $ 317,613 | $ 488,728 | $ 432,950 | $ 467,177 | $ 369,512 | $ 506,739 | $ 439,074 | $ 500,924 | $ 370,881 | $ 505,731 | $ 435,688 | $ 517,538 | $ 367,495 |
| | Total Net Cash Flow | 178,211 | (130,778) | 113,615 | (107,778) | 171,115 | (55,778) | 34,228 | (97,666) | 137,228 | (67,666) | 61,850 | (130,043) | 134,850 | (70,043) | 81,850 | (150,043) | 149,350 |
| **Cash Ending Balance** | | 442,554 | 311,776 | 425,391 | 317,613 | 488,728 | 432,950 | 467,177 | 369,512 | 506,739 | 439,074 | 500,924 | 370,881 | 505,731 | 435,688 | 517,538 | 367,495 | 516,845 |



| | | | | |
|---|---:|---:|---:|---:|
| Week Number ---> | 34 | 35 | 36 | 37 |
| Actual / Forecast --> | FORECAST | FORECAST | FORECAST | FORECAST |
| Week Ending ---> | 9/20/2024 | 9/27/2024 | 10/4/2024 | 10/11/2024 |
| **Receipts** | | | | |
| Collections on accounts receivable | 450,000 | 450,000 | 520,000 | 520,000 |
| Deposits Received | - | - | - | - |
| Additional Paid In Capital | - | - | - | - |
| Other Receipts | - | - | - | - |
| **Total Receipts** | 450,000 | 450,000 | 520,000 | 520,000 |
| | | | | |
| **Operating Dispursements** | | | | |
| COGS | | | | |
| Materials | 225,000 | 225,000 | 225,000 | 225,000 |
| Direct Labor | 57,693 | | 57,693 | |
| Variable Costs - Utilities | | | | 30,000 |
| Variable costs - Plant Salaries | 25,000 | | 25,000 | |
| Variable Costs - Maintenance Labor | 15,000 | - | 15,000 | - |
| Variable Costs - Shipping | 19,200 | | 19,200 | |
| Variable Costs - Maintenance | 9,450 | 9,450 | 10,920 | 10,920 |
| Variable Costs - Other | 4,700 | 4,700 | 4,700 | 4,700 |
| Delivery Costs | 12,600 | 12,600 | 14,560 | 14,560 |
| | | | | |
| Fixed Plant Costs | | | | |
| Building Rent - Existing Warehouse | - | 75,000 | | - |
| Building Rent - Suite 800 (Sublease in 3 mont | | | | - |
| | | | | |
| SG&A | | | | |
| Salaries, Benefits, Commissions, Taxes | 110,000 | - | 140,000 | - |
| Insurance | 22,000 | - | - | - |
| Sales | 1,400 | 1,400 | 1,400 | 1,400 |
| Technology | 8,000 | 8,000 | 8,000 | 8,000 |
| Interest Expense - Winter Park National | - | - | 20,000 | - |
| Equipment loan payments (deferred for 3 mc | | | | |
| Other SG&A | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Dispursements** | 532,043 | 358,150 | 563,473 | 316,580 |
| | | | | |
| **Weekly Net Cash Flow (Operations)** | (82,043) | 91,850 | (43,473) | 203,420 |
| | | | | |
| **Non-Operating Disbursements** | | | | |
| Interest Only Bank | | | | |
| US Trustee Fees | - | - | - | - |
| Other Non-Operating | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Non-Operating Disbursements** | 10,000 | 10,000 | 10,000 | 10,000 |
| | | | | |
| **Weekly Total Net Cash Flow** | (92,043) | 81,850 | (53,473) | 193,420 |
| | | | | |
| **Cash Balance** | | | | |
| Cash On Hand - Begining Balance | $ 516,845 | $ 424,802 | $ 506,652 | $ 453,179 |
| Total Net Cash Flow | (92,043) | 81,850 | (53,473) | 193,420 |
| **Cash Ending Balance** | 424,802 | 506,652 | 453,179 | 646,599 |

\\shortcut-targets-by-id\0B4Z8oEOhAZDhSXdNdV9wNTNEV0U\Clio\Dusobox Corporation\23744-00001Dusobox Corporation-Advice on Potential Chapter 11\Client Docs\2024 Cash Flow Forecast _1.25.24