**ORDERED.**

Dated: February 07, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DUSOBOX CORPORATION,   Case No.: 6:24-bk-00391-TPG
                       Chapter 11
    Debtor.
_____/

**FIRST INTERIM AGREED ORDER GRANTING DEBTOR'S MOTION
TO USE CASH COLLATERAL AND NOTICE OF CONTINUED HEARING**

**THIS CASE** came on for an emergency preliminary hearing on January 31, 2024 at 1:00 p.m. (the "Hearing") upon the Emergency Motion to Use Cash Collateral filed by Dusobox Corporation (the "Debtor"), filed on January 29, 2024 (Doc. No. 5) (the "Motion"). The Motion seeks authority to use cash collateral and to provide adequate protection to First National Bank of Winter Park on an interim basis. Upon consideration of the Motion, the evidence presented, and the positions of the parties at the Hearing, it is

**ORDERED:**

1. <u>Interim Authorization Granted</u>. The Motion is granted on an interim basis as provided herein, subject to the right of any party in interest to petition the Court for reconsideration of this Order at any time prior to the confirmation of any plan of reorganization of the Debtor.

2. <u>Cash Collateral Authorization</u>. Subject to the provisions of this order, the Debtor is authorized to use cash collateral to pay: (a) amounts expressly authorized by this Court, including payments to the United States Trustee for quarterly fees; (b) the current and necessary expenses set forth in the budget attached as **Exhibit A** attached hereto, plus an amount not to exceed ten percent (10%) for each line item (provided no amount shall be disbursed for pre-petition sales tax, absent proper application and entry of an order by the Court); and (c) such additional amounts as may be expressly approved in writing by Winter Park National Bank and/or the Small Business Administration (collectively, the "Creditors"), to the extent such Creditor has an interest in such cash collateral. This authorization will continue until the effective date of any confirmed plan of reorganization of the Debtor, or until further order of this Court. Except as authorized in this order, the Debtor is prohibited from use of cash collateral.

3. <u>Debtor Obligations</u>. The Debtor shall timely perform all obligations of a debtor-in-possession required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the orders of this Court.

4. <u>Access to Records and Premises</u>. Upon reasonable notice, and provided that it does not unreasonably interfere with the business of the Debtor, the Debtor shall grant the Creditors access to the Debtor's business records and premises for inspection. The Debtor shall further provide to counsel for Winer Park National Bank reporting which compares the Budget to actual cash expenditures, with the first reports due on February 16, 2024, and March 1, 2024, and then for every week thereafter.

5. <u>Replacement Lien</u>.  The Creditors shall have a perfected post-petition lien against cash collateral to the same extent and with the same validity and priority as its respective prepetition liens, without the need to file or execute any document as may otherwise be required under applicable nonbankruptcy law.

6. <u>Insurance</u>.  The Debtor shall maintain all its insurances including liability and casualty insurance coverage in accordance with state law and its obligations under the agreements with its Creditors.

7. <u>Without Prejudice</u>.  This Order is without prejudice to: (a) any subsequent request by a party-in-interest for modified adequate protection or restrictions on use of cash collateral; or (b) any other right or remedy which may be available to the Creditors.

8. <u>Creditors Committee</u>.  The provisions of this Order are without prejudice to the rights of the United States Trustee to appoint a committee or any rights of a duly-appointed committee to challenge the validity, priority, or extent of any lien(s) asserted against cash collateral.

9. <u>Enforcement</u>.  The Court shall retain jurisdiction to enforce the terms of this Order.

10. <u>Adequate Protection Payments to Winter Park National Bank</u>.  As additional protection for the Winter Park National Bank's interest in the cash collateral, the Debtor shall make monthly interest only payments in the approximate amount of $20,000.00 on the loan up to the effective date of any confirmed plan of reorganization of the Debtor.  The monthly payments shall be applied by Winter Park National Bank as provided for in its loan documents and agreements with the Debtor.

11.     <u>United States Trustee Fees.</u>  Notwithstanding any omission in the cash collateral budget, the Debtor shall pay the U.S. Trustee fees as required by the United States Trustee Program's fee schedule for each quarter during the pendency of this case.

12.     <u>Continued Hearing</u>.  The hearing on this Motion is continued to **February 21, 2024, at 2:30p.m.**, Courtroom A, 6th Floor, The George C. Young Federal Courthouse, 400 W. Washington Street, Orlando, FL 32801.

Attorney Michael Nardella is directed to serve a copy of this order on interested parties who are non-CM/ECF users parties and file a proof of service within 3 days of entry of the order.



# 13-Week Initial Cash Flow Forecast, 6-Months Thereafter

| | % | Week Number ---> <br> Actual / Forecast --> <br> Week Ending ---> | 1 <br> FORECAST <br> 2/2/2024 | 2 <br> FORECAST <br> 2/9/2024 | 3 <br> FORECAST <br> 2/16/2024 | 4 <br> FORECAST <br> 2/23/2024 | 5 <br> FORECAST <br> 3/1/2024 | 6 <br> FORECAST <br> 3/8/2024 | 7 <br> FORECAST <br> 3/15/2024 | 8 <br> FORECAST <br> 3/22/2024 | 9 <br> FORECAST <br> 3/29/2024 | 10 <br> FORECAST <br> 4/5/2024 | 11 <br> FORECAST <br> 4/12/2024 | 12 <br> FORECAST <br> 4/19/2024 | 13 <br> FORECAST <br> 4/26/2024 | 14 <br> FORECAST <br> 5/3/2024 | 15 <br> FORECAST <br> 5/10/2024 | 16 <br> FORECAST <br> 5/17/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | | | | | |
| | | Collections on accounts receivable | 487,593 | 487,593 | 487,593 | 487,593 | 478,987 | 478,987 | 478,987 | 478,987 | 493,750 | 493,750 | 493,750 | 493,750 | 493,750 | 498,750 | 498,750 | 498,750 |
| | | Deposits Received | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Additional Paid In Capital | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Other Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | | | 487,593 | 487,593 | 487,593 | 487,593 | 478,987 | 478,987 | 478,987 | 478,987 | 493,750 | 493,750 | 493,750 | 493,750 | 493,750 | 498,750 | 498,750 | 498,750 |
| | | | | | | | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | | | | | | | |
| COGS | | | | | | | | | | | | | | | | | | |
| | ## | Materials | 250,000 | 250,000 | 250,000 | 250,000 | 237,500 | 237,500 | 237,500 | 237,500 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| | | Direct Labor | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 |
| | | Variable Costs - Utilities | - | 35,000 | - | - | 35,000 | | | | | 35,000 | | | | | 30,000 | |
| | | Variable costs - Plant Salaries | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 |
| | | Variable Costs - Maintenance Labor | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 |
| | | Variable Costs - Shipping | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 |
| | ## | Variable Costs - Maintenance | 10,239 | 10,239 | 10,239 | 10,239 | 10,059 | 10,059 | 10,059 | 10,059 | 10,369 | 10,369 | 10,369 | 10,369 | 10,369 | 10,474 | 10,474 | 10,474 |
| | ## | Variable Costs - Other | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| | ## | Delivery Costs | 13,653 | 13,653 | 13,653 | 13,653 | 13,412 | 13,412 | 13,412 | 13,412 | 13,825 | 13,825 | 13,825 | 13,825 | 13,825 | 13,965 | 13,965 | 13,965 |
| Fixed Plant Costs | | | | | | | | | | | | | | | | | | |
| | | Building Rent - Existing Warehouse | 75,000 | - | - | - | 75,000 | - | - | - | - | 75,000 | - | - | - | 75,000 | - | - |
| | | Building Rent - Suite 800 (Sublease in 3 months) | 25,000 | - | - | - | 25,000 | - | - | - | - | - | - | - | - | | | |
| SG&A | | | | | | | | | | | | | | | | | | |
| | | Salaries, Benefits, Commissions, Taxes | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 |
| | | Insurance | - | - | 22,000 | - | - | 7,500 | 22,000 | - | - | - | - | 22,000 | - | - | - | 22,000 |
| | | Sales | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| | | Technology | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| | | Interest Expense - Winter Park National | 20,000 | - | - | - | 20,000 | - | - | - | - | 20,000 | - | - | - | 20,000 | - | - |
| | | Equipment loan payments (deferred for 3 mos) | | | | | | | | | | | | | | | | |
| | | Other SG&A | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Disbursements** | | | 429,992 | 571,885 | 331,992 | 566,885 | 417,070 | 566,463 | 319,070 | 553,963 | 310,294 | 667,187 | 310,294 | 589,187 | 310,294 | 632,432 | 340,539 | 589,432 |
| | | | | | | | | | | | | | | | | | | |
| **Weekly Net Cash Flow (Operations)** | | | 57,601 | (84,292) | 155,601 | (79,292) | 61,917 | (87,476) | 159,917 | (74,976) | 183,456 | (173,437) | 183,456 | (95,437) | 183,456 | (133,682) | 158,211 | (90,682) |
| | | | | | | | | | | | | | | | | | | |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | | | | |
| | | Interest Only Bank | | | | | | | | | | | | | | | | |
| | | US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Other Non-Operating | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Non-Operating Disbursements** | | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| | | | | | | | | | | | | | | | | | | |
| **Weekly Total Net Cash Flow** | | | 47,601 | (94,292) | 145,601 | (89,292) | 51,917 | (97,476) | 149,917 | (84,976) | 173,456 | (183,437) | 173,456 | (105,437) | 173,456 | (143,682) | 148,211 | (100,682) |
| | | | | | | | | | | | | | | | | | | |
| **Cash Balance** | | | | | | | | | | | | | | | | | | |
| | | Cash On Hand - Begining Balance | $ 100,000 | $ 147,601 | $ 53,309 | $ 198,911 | $ 109,619 | $ 161,536 | $ 64,059 | $ 213,976 | $ 129,000 | $ 302,456 | $ 119,019 | $ 292,475 | $ 187,039 | $ 360,495 | $ 216,813 | $ 365,024 |
| | | Total Net Cash Flow | 47,601 | (94,292) | 145,601 | (89,292) | 51,917 | (97,476) | 149,917 | (84,976) | 173,456 | (183,437) | 173,456 | (105,437) | 173,456 | (143,682) | 148,211 | (100,682) |
| **Cash Ending Balance** | | | 147,601 | 53,309 | 198,911 | 109,619 | 161,536 | 64,059 | 213,976 | 129,000 | 302,456 | 119,019 | 292,475 | 187,039 | 360,495 | 216,813 | 365,024 | 264,343 |

Page 1 of 3

C:\shortcut-targets-by-id\0B4Z8oEOhAZDhSXdNdV9wNTNEV0U\Clio\Dusobox Corporation\23744-00001Dusobox Corporation-Advice on Potential Chapter 11\Client Docs\2024 Cash Flow Forecast _1.25.24



# 13-Week Initial Cash Flow Forecast, 6-Months Thereafter

| | Week Number ---> | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual / Forecast --> | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| | Week Ending ---> | 5/24/2024 | 5/31/2024 | 6/7/2024 | 6/14/2024 | 6/21/2024 | 6/28/2024 | 7/5/2024 | 7/12/2024 | 7/19/2024 | 7/26/2024 | 8/2/2024 | 8/9/2024 | 8/16/2024 | 8/23/2024 | 8/30/2024 | 9/6/2024 | 9/13/2024 |
| **Receipts** | | | | | | | | | | | | | | | | | | |
| | Collections on accounts receivable | 498,750 | 465,000 | 465,000 | 465,000 | 465,000 | 465,000 | 452,500 | 452,500 | 452,500 | 452,500 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 |
| | Deposits Received | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Additional Paid In Capital | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Other Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | | 498,750 | 465,000 | 465,000 | 465,000 | 465,000 | 465,000 | 452,500 | 452,500 | 452,500 | 452,500 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 |
| | | | | | | | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | | | | | | | |
| | COGS | | | | | | | | | | | | | | | | | |
| | Materials | 250,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 |
| | Direct Labor | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | |
| | Variable Costs - Utilities | | | 30,000 | | | | 30,000 | | | | | 30,000 | | | | 30,000 | |
| | Variable costs - Plant Salaries | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | |
| | Variable Costs - Maintenance Labor | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - |
| | Variable Costs - Shipping | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | |
| | Variable Costs - Maintenance | 10,474 | 9,765 | 9,765 | 9,765 | 9,765 | 9,765 | 9,503 | 9,503 | 9,503 | 9,503 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 |
| | Variable Costs - Other | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| | Delivery Costs | 13,965 | 13,020 | 13,020 | 13,020 | 13,020 | 13,020 | 12,670 | 12,670 | 12,670 | 12,670 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 |
| | Fixed Plant Costs | | | | | | | | | | | | | | | | | |
| | Building Rent - Existing Warehouse | - | 75,000 | - | - | - | - | 75,000 | - | - | - | - | 75,000 | - | - | - | 75,000 | - |
| | Building Rent - Suite 800 (Sublease in 3 mont | | | | | | | | | | | | | | | | | |
| | SG&A | | | | | | | | | | | | | | | | | |
| | Salaries, Benefits, Commissions, Taxes | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - |
| | Insurance | - | - | 7,500 | 22,000 | - | - | - | - | 22,000 | - | - | - | 22,000 | - | - | - | 7,500 |
| | Sales | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| | Technology | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| | Interest Expense - Winter Park National | - | - | 20,000 | - | - | - | 20,000 | - | - | - | 20,000 | - | - | - | - | 20,000 | - |
| | Equipment loan payments (deferred for 3 mo | | | | | | | | | | | | | | | | | |
| | Other SG&A | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Disbursements** | | 310,539 | 585,778 | 341,385 | 562,778 | 283,885 | 510,778 | 408,273 | 540,166 | 305,273 | 510,166 | 378,150 | 570,043 | 305,150 | 510,043 | 358,150 | 590,043 | 290,650 |
| | | | | | | | | | | | | | | | | | | |
| **Weekly Net Cash Flow (Operations)** | | 188,211 | (120,778) | 123,615 | (97,778) | 181,115 | (45,778) | 44,228 | (87,666) | 147,228 | (57,666) | 71,850 | (120,043) | 144,850 | (60,043) | 91,850 | (140,043) | 159,350 |
| | | | | | | | | | | | | | | | | | | |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | | | | |
| | Interest Only Bank | | | | | | | | | | | | | | | | | |
| | US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Other Non-Operating | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Non-Operating Disbursements** | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| | | | | | | | | | | | | | | | | | | |
| **Weekly Total Net Cash Flow** | | 178,211 | (130,778) | 113,615 | (107,778) | 171,115 | (55,778) | 34,228 | (97,666) | 137,228 | (67,666) | 61,850 | (130,043) | 134,850 | (70,043) | 81,850 | (150,043) | 149,350 |
| | | | | | | | | | | | | | | | | | | |
| **Cash Balance** | | | | | | | | | | | | | | | | | | |
| | Cash On Hand - Begining Balance | $ 264,343 | $ 442,554 | $ 311,776 | $ 425,391 | $ 317,613 | $ 488,728 | $ 432,950 | $ 467,177 | $ 369,512 | $ 506,739 | $ 439,074 | $ 500,924 | $ 370,881 | $ 505,731 | $ 435,688 | $ 517,538 | $ 367,495 |
| | Total Net Cash Flow | 178,211 | (130,778) | 113,615 | (107,778) | 171,115 | (55,778) | 34,228 | (97,666) | 137,228 | (67,666) | 61,850 | (130,043) | 134,850 | (70,043) | 81,850 | (150,043) | 149,350 |
| **Cash Ending Balance** | | 442,554 | 311,776 | 425,391 | 317,613 | 488,728 | 432,950 | 467,177 | 369,512 | 506,739 | 439,074 | 500,924 | 370,881 | 505,731 | 435,688 | 517,538 | 367,495 | 516,845 |

C:\shortcut-targets-by-id\0B4Z8oEOhAZDhSXdNdV9wNTNEV0U\Clio\Dusobox Corporation\23744-00001Dusobox Corporation-Advice on Potential Chapter 11\Client Docs\2024 Cash Flow Forecast _1.25.24



## 13-Week Initial Cash Flow Forecast, 6-Months Thereafter

| | Week Number ---> | 34 | 35 | 36 | 37 |
|---|---|---|---|---|---|
| | Actual / Forecast --> | FORECAST | FORECAST | FORECAST | FORECAST |
| | Week Ending ---> | 9/20/2024 | 9/27/2024 | 10/4/2024 | 10/11/2024 |
| **Reciepts** | | | | | |
| | Collections on accounts receivable | 450,000 | 450,000 | 520,000 | 520,000 |
| | Deposits Received | - | - | - | - |
| | Additional Paid In Capital | - | - | - | - |
| | Other Receipts | - | - | - | - |
| **Total Receipts** | | 450,000 | 450,000 | 520,000 | 520,000 |
| | | | | | |
| **Operating Dispursements** | | | | | |
| | COGS | | | | |
| | Materials | 225,000 | 225,000 | 225,000 | 225,000 |
| | Direct Labor | 57,693 | | 57,693 | |
| | Variable Costs - Utilities | | | | 30,000 |
| | Variable costs - Plant Salaries | 25,000 | | 25,000 | |
| | Variable Costs - Maintenance Labor | 15,000 | - | 15,000 | - |
| | Variable Costs - Shipping | 19,200 | | 19,200 | |
| | Variable Costs - Maintenance | 9,450 | 9,450 | 10,920 | 10,920 |
| | Variable Costs - Other | 4,700 | 4,700 | 4,700 | 4,700 |
| | Delivery Costs | 12,600 | 12,600 | 14,560 | 14,560 |
| | | | | | |
| | Fixed Plant Costs | | | | |
| | Building Rent - Existing Warehouse | - | 75,000 | | - |
| | Building Rent - Suite 800 (Sublease in 3 mont | | | | - |
| | | | | | |
| | SG&A | | | | |
| | Salaries, Benefits, Commissions, Taxes | 110,000 | - | 140,000 | - |
| | Insurance | 22,000 | - | - | - |
| | Sales | 1,400 | 1,400 | 1,400 | 1,400 |
| | Technology | 8,000 | 8,000 | 8,000 | 8,000 |
| | Interest Expense - Winter Park National | - | - | 20,000 | - |
| | Equipment loan payments (deferred for 3 mo | | | | |
| | Other SG&A | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Dispursements** | | 532,043 | 358,150 | 563,473 | 316,580 |
| | | | | | |
| **Weekly Net Cash Flow (Operations)** | | (82,043) | 91,850 | (43,473) | 203,420 |
| | | | | | |
| **Non-Operating Disbursements** | | | | | |
| | Interest Only Bank | | | | |
| | US Trustee Fees | - | - | - | - |
| | Other Non-Operating | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Non-Operating Disbursements** | | 10,000 | 10,000 | 10,000 | 10,000 |
| | | | | | |
| **Weekly Total Net Cash Flow** | | (92,043) | 81,850 | (53,473) | 193,420 |
| | | | | | |
| **Cash Balance** | | | | | |
| | Cash On Hand - Begining Balance | $ 516,845 | $ 424,802 | $ 506,652 | $ 453,179 |
| | Total Net Cash Flow | (92,043) | 81,850 | (53,473) | 193,420 |
| **Cash Ending Balance** | | 424,802 | 506,652 | 453,179 | 646,599 |