**ORDERED.**

Dated: **March 05, 2024**

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

DUSOBOX CORPORATION,                    Case No.: 6:24-bk-00391-TPG
                                        Chapter 11
        Debtor.
_____/

**SECOND INTERIM AGREED ORDER GRANTING DEBTOR'S MOTION
TO USE CASH COLLATERAL AND NOTICE OF CONTINUED HEARING**

**THIS CASE** came on for hearing on February 21, 2024 at 2:30 p.m. (the "Second Interim Hearing") upon the Motion to Use Cash Collateral filed by Dusobox Corporation (the "Debtor"), filed on January 29, 2024 (Doc. No. 5) (the "Motion").  The Motion seeks authority to use cash collateral on an interim basis.

An emergency preliminary hearing on the Motion was held on January 31, 2024.  On February 7, 2024, the Court entered the First Interim Agreed Order Granting Debtor's Motion to Use Cash Collateral and Notice of Continued Hearing (Doc. No. 29 (the "First Interim Order"). In the First Interim Order, the Court, among other things, authorized the Debtor's interim use of

cash collateral and provided for adequate protection payments to First National Bank of Winter Park ("WPNB"), scheduling a further hearing on February 21, 2024 (the "Second Interim Hearing").

Following entry of the First Interim Order, Flagstar Financial & Leasing, LLC f/k/a Signature Financial LLC ("Flagstar," and together with WPNB, "Creditors") asserted a properly perfected first priority security interest in and to the Debtor's cash collateral that is the subject of the Motion. The Debtor is currently in negotiations with Flagstar and WPNB regarding the use of cash collateral and provisions for providing adequate protection to both Creditors. In addition, following entry of the First Interim Order, the United States Trustee appointed an Official Committee of Creditors Holding Unsecured Claims ("Creditors' Committee"). The Creditors' Committee has only recently retained counsel, who has requested a continuance of the Second Interim Hearing to allow time for the committee's counsel to fully review and evaluate the Motion and the Debtor's cash collateral budget.

Now, upon consideration of the Motion, and the positions of the parties at the Second Interim Hearing, and upon the agreement of WPNB, Flagstar, the Debtor, and the Creditors' Committee to the entry of this Order, it is

**ORDERED:**

1. <u>Interim Authorization Granted</u>. The Motion is granted on an interim basis as provided herein, subject to the right of any party in interest to petition the Court for reconsideration of this Order at any time prior to the confirmation of any plan of reorganization of the Debtor.

2. <u>Cash Collateral Authorization</u>. Subject to the provisions of this order, the Debtor is authorized to use cash collateral to pay: (a) amounts expressly authorized by this Court, including payments to the United States Trustee for quarterly fees; (b) the current and necessary

expenses set forth in the budget attached as **Exhibit A** attached hereto, plus an amount not to exceed ten percent (10%) for each line item (provided no amount shall be disbursed for pre-petition sales tax, absent proper application and entry of an order by the Court); and (c) such additional amounts as may be expressly approved in writing by the Creditors. This authorization will continue until further order of this Court. Except as authorized in this order, the Debtor is prohibited from use of cash collateral.

3. Debtor Obligations. The Debtor shall timely perform all obligations of a debtor-in-possession required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the orders of this Court.

4. Access to Records and Premises. Upon reasonable notice, and provided that it does not unreasonably interfere with the business of the Debtor, the Debtor shall grant the Creditors access to the Debtor's business records and premises for inspection. The Debtor shall further provide to counsel for Creditors reporting which compares the Budget to actual cash expenditures, with the first reports due on February 16, 2024, and March 1, 2024, and then for every week thereafter.

5. Replacement Lien. Each of the Creditors shall have a perfected post-petition lien against cash collateral to the same extent and with the same validity and priority as its respective prepetition liens, without the need to file or execute any document as may otherwise be required under applicable non-bankruptcy law.

6. Insurance. The Debtor shall maintain all its insurances including liability and casualty insurance coverage in accordance with state law and its obligations under the agreements with its Creditors.

7. <u>Without Prejudice</u>.  This Order is without prejudice to: (a) any subsequent request by a party-in-interest for modified adequate protection or restrictions on use of cash collateral; or (b) any other right or remedy which may be available to the Creditors.

8. <u>Creditors Committee</u>.  The provisions of this Order are without prejudice to the rights of a duly-appointed committee to challenge the validity, priority, or extent of any lien(s) asserted against cash collateral or any other term of the First Interim Order or this order.

9. <u>Enforcement</u>.  The Court shall retain jurisdiction to enforce the terms of this Order.

10. <u>Adequate Protection Payments</u>.  As additional protection for the Creditors' interest in the cash collateral, the Debtor shall make monthly payments in the aggregate amount of $39,399.30, to be held in the Debtor's counsel's client trust aocount until further Order of the Court or agreement in writing by the Creditors, up to the effective date of any confirmed plan of reorganization of the Debtor.  The payments shall be made on such dates as agreed to by the Debtor and such Creditor that is the recipient of such adequate protection payments.

11. <u>United States Trustee Fees.</u>  Notwithstanding any omission in the cash collateral budget, the Debtor shall pay the U.S. Trustee fees as required by the United States Trustee Program's fee schedule for each quarter during the pendency of this case.

12. <u>Continued Hearing</u>.  The hearing on this Motion is continued to **March 25, 2024, at 2:00 p.m.**, Courtroom A, 6th Floor, The George C. Young Federal Courthouse, 400 W. Washington Street, Orlando, FL 32801.  The parties shall use commercially reasonably efforts to determine prior to the continued hearing date which Creditor is entitled to adequate protection payments based upon the priority of liens on cash collateral.  Upon such determination, Debtor's counsel shall release any adequate protection payments held in trust in accordance with this Order to the Creditor entitled to such payments.

Attorney Jonathan M. Sykes is directed to serve a copy of this order on interested parties who are non-CM/ECF users parties and file a proof of service within 3 days of entry of the order.

Case 6:24-bk-00391-TPG    Doc 69    Filed 03/06/24    Page 6 of 8



## 13-Week Initial Cash Flow Forecast, 6-Months Thereafter

| Week Number ---> | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual / Forecast ---> | | Cash Flow | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| Week Ending ---> | % | Legend | 2/2/2024 | 2/9/2024 | 2/16/2024 | 2/23/2024 | 3/1/2024 | 3/8/2024 | 3/15/2024 | 3/22/2024 | 3/29/2024 | 4/5/2024 | 4/12/2024 | 4/19/2024 | 4/26/2024 | 5/3/2024 | 5/10/2024 | 5/17/2024 |
| **Reciepts** | | | | | | | | | | | | | | | | | | |
| Collections on accounts receivable | | | 487,593 | 487,593 | 487,593 | 487,593 | 443,987 | 443,987 | 443,987 | 443,987 | 481,250 | 481,250 | 481,250 | 481,250 | 481,250 | 496,250 | 496,250 | 496,250 |
| Deposits Received | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Additional Paid In Capital | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Receipts | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | | | 487,593 | 487,593 | 487,593 | 487,593 | 443,987 | 443,987 | 443,987 | 443,987 | 481,250 | 481,250 | 481,250 | 481,250 | 481,250 | 496,250 | 496,250 | 496,250 |
| **Operating Dispursements** | | | | | | | | | | | | | | | | | | |
| COGS | | | | | | | | | | | | | | | | | | |
| Materials | 50% | | 250,000 | 250,000 | 250,000 | 250,000 | 212,500 | 212,500 | 212,500 | 212,500 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Direct Labor | | | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 |
| Variable Costs - Utilities | | | - | 35,000 | - | - | 35,000 | | | | 35,000 | | | | 35,000 | | 30,000 | |
| Variable costs - Plant Salaries | | | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 |
| Variable Costs - Maintenance Labor | | | - | 15,000 | - | 15,000 | | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 |
| Variable Costs - Shipping | | | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 |
| Variable Costs - Maintenance | 2.1% | | 10,239 | 10,239 | 10,239 | 10,239 | 9,324 | 9,324 | 9,324 | 9,324 | 10,106 | 10,106 | 10,106 | 10,106 | 10,106 | 10,421 | 10,421 | 10,421 |
| Variable Costs - Other | 2.1% | | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| Delivery Costs | 2.8% | | 13,653 | 13,653 | 13,653 | 13,653 | 12,432 | 12,432 | 12,432 | 12,432 | 13,475 | 13,475 | 13,475 | 13,475 | 13,475 | 13,895 | 13,895 | 13,895 |
| Fixed Plant Costs | | | | | | | | | | | | | | | | | | |
| Building Rent - Existing Warehouse | | | 75,000 | - | - | - | 75,000 | - | - | - | - | 75,000 | - | - | - | 75,000 | - | - |
| Building Rent - Suite 800 (Sublease in 3 months) | | | 25,000 | - | - | - | 25,000 | - | - | - | - | - | - | - | - | - | - | - |
| Building Rent - Cam and Taxes | | | 15,000 | - | - | - | 15,000 | - | - | - | - | 15,000 | - | - | - | 15,000 | - | - |
| SG&A | | | | | | | | | | | | | | | | | | |
| Salaries, Benefits, Commissions, Taxes | | | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 |
| Insurance | | | - | - | 22,000 | - | - | 7,500 | 22,000 | - | - | - | - | 22,000 | - | - | - | 22,000 |
| Sales | | | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Technology | | | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Interest Expense - Winter Park National | | | 20,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments | | | | | | | 20,000 | | | 20,000 | | | 20,000 | | 20,000 | | 20,000 | |
| Other SG&A | | | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Dispursements** | | | 444,992 | 571,885 | 331,992 | 566,885 | 405,355 | 539,748 | 292,355 | 547,248 | 309,681 | 661,574 | 329,681 | 588,574 | 329,681 | 627,309 | 360,416 | 589,309 |
| **Weekly Net Cash Flow (Operations)** | | | 42,601 | (84,292) | 155,601 | (79,292) | 38,632 | (95,761) | 151,632 | (103,261) | 171,569 | (180,324) | 151,569 | (107,324) | 151,569 | (131,059) | 135,834 | (93,059) |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | | | | |
| Interest Only Bank | | | | | | | | | | | | | | | | | | |
| Restructuring Fees - Professionals | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Trustee Fees | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating | | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Non-Operating Disbursements** | | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Weekly Total Net Cash Flow** | | | 32,601 | (94,292) | 145,601 | (89,292) | 28,632 | (105,761) | 141,632 | (113,261) | 161,569 | (190,324) | 141,569 | (117,324) | 141,569 | (141,059) | 125,834 | (103,059) |
| **Cash Balance** | | | | | | | | | | | | | | | | | | |
| Cash On Hand - Begining Balance | | | $ 100,000 | $ 132,601 | $ 38,309 | $ 183,911 | $ 94,619 | $ 123,251 | $ 17,489 | $ 159,121 | $ 45,860 | $ 207,428 | $ 17,104 | $ 158,673 | $ 41,349 | $ 182,917 | $ 41,858 | $ 167,692 |
| Total Net Cash Flow | | | 32,601 | (94,292) | 145,601 | (89,292) | 28,632 | (105,761) | 141,632 | (113,261) | 161,569 | (190,324) | 141,569 | (117,324) | 141,569 | (141,059) | 125,834 | (103,059) |
| **Cash Ending Balance** | | | 132,601 | 38,309 | 183,911 | 94,619 | 123,251 | 17,489 | 159,121 | 45,860 | 207,428 | 17,104 | 158,673 | 41,349 | 182,917 | 41,858 | 167,692 | 64,633 |

Page 1 of 3
C:\shortcut-targets-by-id\0B4Z8oEOhAZDhSXdNdV9wNTNEV0U\Clio\Dusobox Corporation\23744-00002Dusobox Corporation-Chapter 11\Client Docs\2024 Cash Flow Forecast - Flagstar AP payments 2.9.24



# 13-Week Initial Cash Flow Forecast, 6-Months Thereafter

| Week Number ---> | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual / Forecast ---> | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| Week Ending ---> | 5/24/2024 | 5/31/2024 | 6/7/2024 | 6/14/2024 | 6/21/2024 | 6/28/2024 | 7/5/2024 | 7/12/2024 | 7/19/2024 | 7/26/2024 | 8/2/2024 | 8/9/2024 | 8/16/2024 | 8/23/2024 | 8/30/2024 | 9/6/2024 |
| **Receipts** | | | | | | | | | | | | | | | | |
| Collections on accounts receivable | 496,250 | 465,000 | 465,000 | 465,000 | 465,000 | 465,000 | 452,500 | 452,500 | 452,500 | 452,500 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 |
| Deposits Received | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Additional Paid In Capital | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 496,250 | 465,000 | 465,000 | 465,000 | 465,000 | 465,000 | 452,500 | 452,500 | 452,500 | 452,500 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 |
| **Operating Disbursements** | | | | | | | | | | | | | | | | |
| COGS | | | | | | | | | | | | | | | | |
| Materials | 250,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 |
| Direct Labor | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 | | 57,693 |
| Variable Costs - Utilities | | | 30,000 | | | | 30,000 | | | | | 30,000 | | | | 30,000 |
| Variable costs - Plant Salaries | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 |
| Variable Costs - Maintenance Labor | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 |
| Variable Costs - Shipping | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 |
| Variable Costs - Maintenance | 10,421 | 9,765 | 9,765 | 9,765 | 9,765 | 9,765 | 9,503 | 9,503 | 9,503 | 9,503 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 |
| Variable Costs - Other | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| Delivery Costs | 13,895 | 13,020 | 13,020 | 13,020 | 13,020 | 13,020 | 12,670 | 12,670 | 12,670 | 12,670 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 |
| Fixed Plant Costs | | | | | | | | | | | | | | | | |
| Building Rent - Existing Warehouse | - | 75,000 | - | - | - | - | 75,000 | - | - | - | 75,000 | - | - | - | 75,000 | - |
| Building Rent - Suite 800 (Sublease in 3 months) | | | | | | | | | | | | | | | | |
| Building Rent - Cam and Taxes | | 15,000 | | | | | 15,000 | | | | 15,000 | | | | 15,000 | |
| SG&A | | | | | | | | | | | | | | | | |
| Salaries, Benefits, Commissions, Taxes | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 | - | 110,000 | - | 140,000 |
| Insurance | - | - | 7,500 | 22,000 | - | - | - | - | 22,000 | - | - | - | 22,000 | - | - | - |
| Sales | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 |
| Technology | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Interest Expense - Winter Park National | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments | 20,000 | | 20,000 | | 20,000 | | 20,000 | | 20,000 | | 20,000 | | 20,000 | | | |
| Other SG&A | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Disbursements** | 330,416 | 600,778 | 341,385 | 562,778 | 303,885 | 510,778 | 423,273 | 540,166 | 325,273 | 510,166 | 393,150 | 570,043 | 325,150 | 510,043 | 373,150 | 570,043 |
| **Weekly Net Cash Flow (Operations)** | 165,834 | (135,778) | 123,615 | (97,778) | 161,115 | (45,778) | 29,228 | (87,666) | 127,228 | (57,666) | 56,850 | (120,043) | 124,850 | (60,043) | 76,850 | (120,043) |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | | |
| Interest Only Bank | | | | | | | | | | | | | | | | |
| Restructuring Fees - Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non-Operating | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Total Non-Operating Disbursements** | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| **Weekly Total Net Cash Flow** | 155,834 | (145,778) | 113,615 | (107,778) | 151,115 | (55,778) | 19,228 | (97,666) | 117,228 | (67,666) | 46,850 | (130,043) | 114,850 | (70,043) | 66,850 | (130,043) |
| **Cash Balance** | | | | | | | | | | | | | | | | |
| Cash On Hand - Begining Balance | $ 64,633 | $ 220,466 | $ 74,688 | $ 188,303 | $ 80,525 | $ 231,640 | $ 175,862 | $ 195,090 | $ 97,424 | $ 214,652 | $ 146,986 | $ 193,836 | $ 63,793 | $ 178,643 | $ 108,600 | $ 175,450 |
| Total Net Cash Flow | 155,834 | (145,778) | 113,615 | (107,778) | 151,115 | (55,778) | 19,228 | (97,666) | 117,228 | (67,666) | 46,850 | (130,043) | 114,850 | (70,043) | 66,850 | (130,043) |
| **Cash Ending Balance** | 220,466 | 74,688 | 188,303 | 80,525 | 231,640 | 175,862 | 195,090 | 97,424 | 214,652 | 146,986 | 193,836 | 63,793 | 178,643 | 108,600 | 175,450 | 45,407 |



**13-Week Initial Cash Flow Forecast, 6-Months Thereafter**

| | Week Number ---> | 33 | 34 | 35 | 36 | 37 | | |
|---|---|---|---|---|---|---|---|---|
| | Actual / Forecast --> | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | Cumulative | % |
| | Week Ending ---> | 9/13/2024 | 9/20/2024 | 9/27/2024 | 10/4/2024 | 10/11/2024 | | |
| **Reciepts** | | | | | | | | |
| | Collections on accounts receivable | 450,000 | 450,000 | 450,000 | 520,000 | 520,000 | 17,342,571 | |
| | Deposits Received | - | - | - | - | - | | |
| | Additional Paid In Capital | - | - | - | - | - | | |
| | Other Receipts | - | - | - | - | - | | |
| **Total Receipts** | | 450,000 | 450,000 | 450,000 | 520,000 | 520,000 | 17,342,571 | |
| **Operating Dispursements** | | | | | | | | |
| COGS | | | | | | | | |
| | Materials | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 8,600,000 | |
| | Direct Labor | | 57,693 | | 57,693 | | 1,038,474 | |
| | Variable Costs - Utilities | | | | | 30,000 | 285,000 | |
| | Variable costs - Plant Salaries | | 25,000 | | 25,000 | | 450,000 | |
| | Variable Costs - Maintenance Labor | - | 15,000 | - | 15,000 | - | 270,000 | |
| | Variable Costs - Shipping | | 19,200 | | 19,200 | | 345,600 | |
| | Variable Costs - Maintenance | 9,450 | 9,450 | 9,450 | 10,920 | 10,920 | 364,194 | |
| | Variable Costs - Other | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 173,900 | |
| | Delivery Costs | 12,600 | 12,600 | 12,600 | 14,560 | 14,560 | 485,592 | |
| Fixed Plant Costs | | | | | | | | |
| | Building Rent - Existing Warehouse | - | - | 75,000 | | - | 675,000 | |
| | Building Rent - Suite 800 (Sublease in 3 months) | | | | | - | 50,000 | |
| | Building Rent - Cam and Taxes | | | 15,000 | | - | 135,000 | |
| SG&A | | | | | | | | |
| | Salaries, Benefits, Commissions, Taxes | - | 110,000 | - | 140,000 | - | 2,250,000 | |
| | Insurance | 7,500 | 22,000 | - | - | - | 198,500 | |
| | Sales | 1,400 | 1,400 | 1,400 | 1,400 | 1,400 | 51,800 | |
| | Technology | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 296,000 | |
| | Interest Expense - Winter Park National | - | - | - | - | - | 20,000 | |
| | Adequate Protection Payments | 20,000 | | 20,000 | | 20,000 | 300,000 | |
| | Other SG&A | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 814,000 | |
| **Total Operating Dispursements** | | 310,650 | 532,043 | 393,150 | 543,473 | 336,580 | | |
| **Weekly Net Cash Flow (Operations)** | | 139,350 | (82,043) | 56,850 | (23,473) | 183,420 | | |
| **Non-Operating Disbursements** | | | | | | | | |
| | Interest Only Bank | | | | | | | |
| | Restructuring Fees - Professionals | - | - | - | - | - | | |
| | US Trustee Fees | - | - | - | - | - | | |
| | Other Non-Operating | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | | |
| **Total Non-Operating Disbursements** | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | | |
| **Weekly Total Net Cash Flow** | | 129,350 | (92,043) | 46,850 | (33,473) | 173,420 | | |
| **Cash Balance** | | | | | | | | |
| | Cash On Hand - Begining Balance | $ 45,407 | $ 174,757 | $ 82,714 | $ 129,564 | $ 96,091 | | |
| | Total Net Cash Flow | 129,350 | (92,043) | 46,850 | (33,473) | 173,420 | | |
| **Cash Ending Balance** | | 174,757 | 82,714 | 129,564 | 96,091 | 269,511 | | |

C:\shortcut-targets-by-id\0B4Z8oEOhAZDhSXdNdV9wNTNEV0U\Clio\Dusobox Corporation\23744-00002Dusobox Corporation-Chapter 11\Client Docs\2024 Cash Flow Forecast - Flagstar AP payments 2.9.24