UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

**In re:**   CASE NO.: **6:24-bk-00391-TPG**
             **CHAPTER 11**
**DUSOBOX CORPORATION,**

  **Debtor.**
_____/

**SUSTAINABLE CORRUGATED, LLC'S *EX PARTE* MOTION FOR AUTHORITY TO ATTEND HEARING ON CRITICAL VENDOR MOTION, REMOTELY VIA ZOOM**

Sustainable Corrugated, LLC ("SC"), by and through undersigned counsel, and pursuant to this Court's hearing procedures, moves (the "Motion") for the entry of an order authorizing SC and its counsel to appear before the Court remotely, via zoom, on March 25, 2024 at 2:00 p.m. for the hearing on *Debtor's Motion to Designate Sustainable Corrugated, LLC as a Critical Vendor and to Make Weekly Payments on Prepetition Claims of Critical Vendor* [ECF No. 63](the "Critical Vendor Motion"). In supporting of granting the Motion, SC states:

1. On March 1, 2024, the Debtor filed the Critical Vendor Motion.

2. The Critical Vendor Motion seeks, among other relief, authority to make nominal weekly payments of $3,500 to SC, on account of SC's prepetition claim, which exceeds $2 million and is the largest unsecured claim in this case.

3. On March 12, 2024, the Debtor filed a Notice of Preliminary Hearing, setting the Critical Vendor Motion for a preliminary hearing on March 25, 2024 at 2:00 p.m. (the "Hearing").

4. SC is based in Dalton, Georgia, and SC's counsel is based in Fort Lauderdale, Florida.

5.      This Court's hearing procedures require all parties to appear in person for hearings unless specified exceptions exist; one of which, requires the filing of a motion for leave to attend such hearing remotely, two business days before the hearing, and such motion being granted by the Court. *See* Judge Geyer's Hearing Procedures, § I. A. 4.

6.      In the instant matter, SC respectfully submits that good cause exists to authorize SC and its counsel to appear remotely for the Hearing. Specifically: (a) the Hearing is preliminary in nature; (b) thus far, no parties have objected to the relief being sought in the Critical Vendor Motion[1]; (c) SC is already owed over $2 million, which is multiple times greater than any unsecured claim in this case; and (d) both SC and its counsel are located outside the jurisdiction.

7.      To the extent that the Critical Vendor Motion becomes a contested matter requiring a rescheduled evidentiary hearing, SC and its counsel will certainly make arrangements to appear before the Court in person.

8.      Accordingly, SC requests that the Court authorize SC and its counsel to appear remotely for the Hearing.

**WHEREFORE**, Sustainable Corrugated, LLC, respectfully requests that this Honorable Court enter an order: (a) granting the Motion; (b) authorizing Sustainable Corrugated, LLC and its counsel to appear remotely, via zoom, at the hearing on March 25, 2024 at 2:00 p.m., on the *Debtor's Motion to Designate Sustainable Corrugated, LLC as a Critical Vendor and to Make*

---

[1] The movant, *i.e.*, the Debtor, does not oppose the Critical Vendor Motion, and the United States Trustee has advised that they do not intend to take a position on the Critical Vendor Motion. The Committee of Unsecured Creditors has not yet advised on its position with respect to the Critical Vendor Motion.

*Weekly Payments on Prepetition Claims of Critical Vendor*; and (c) granting such other and further relief as the Court deems just and proper.

Dated: March 19, 2024

        Respectfully submitted,

        **MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
        *Attorneys for Sustainable Corrugated, LLC*
        101 N.E. Third Avenue, Suite 1210
        Ft. Lauderdale, Florida 33301
        Telephone: (954) 767-0030
        Facsimile: (954) 767-0035

        By: *s/Alan R. Rosenberg*
            ALAN R. ROSENBERG
            Florida Bar No. 92004
            Email: arosenberg@mrthlaw.com

**CERTIFICATE OF SERVICE AND DELCARATION OF MAILING**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Sustainable Corrugated, LLC's *ExParte* Motion for Authority to Attend Hearing on Critical Vendor Motion, Remotely Via Zoom (the "Motion"), was served (i) via the Court's CM/ECF to all counsel of record, and interested parties registered to receive electronic noticing in this case and listed on the attached electronic service list (ii) via first class U.S. mail, postage prepaid to United States Trustee for Region 21, c/o Bryan Edgar Buenaventura at the Office of the United States Trustee, George C. Young Federal Building, 400 W. Washington St., Suite 1100, Orlando, FL 32801, Official Committee of Unsecured Creditors, c/o J. Ellsworth Summers, Jr, Esq., Burr & Forman, LLP, 200 South Orange Ave., Suite 800, Orlando, FL 32801, on March 19, 2024.

**I FURTHER CERTIFY** that I caused a copy of the above referenced Motion to be served by regular U.S. Mail, postage prepaid, on the Court's creditor matrix as reflected on the attached Certificate of Service of BK Attorney Services, LLC on March 19, 2024.

By: */s/ Alan R. Rosenberg*
ALAN R. ROSENBERG
Fla. Bar No. 92004

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE:<br><br>DUSOBOX CORPORATION | CASE NO: 6:24-bk-00391-TPG<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 3/19/2024, I did cause a copy of the following documents, described below,

Sustainable Corrugated, LLC's ExParte Motion for Authority to Attend Hearing on Critical Vendor Motion, Remotely Via Zoom

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/19/2024

/s/ Alan R. Rosenberg, Esq.
Alan R. Rosenberg, Esq.  92004

Markowitz, Ringel, Trusty & Hartog, PA
101 NE Third Avenue, Suite 1210
Ft. Lauderdale, FL  33301
305 670 5000
gruiz@mrthlaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE:<br><br>DUSOBOX CORPORATION | CASE NO: 6:24-bk-00391-TPG<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 3/19/2024, a copy of the following documents, described below,

Sustainable Corrugated, LLC's ExParte Motion for Authority to Attend Hearing on Critical Vendor Motion, Remotely Via Zoom

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/19/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Alan R. Rosenberg, Esq.
Markowitz, Ringel, Trusty & Hartog, PA
101 NE Third Avenue, Suite 1210
Ft. Lauderdale, FL  33301

USPS FIRST CLASS MAILING CERTIFICATE
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 624-BK-00391-TPG<br>MIDDLE DISTRICT OF FLORIDA<br>TUE MAR 19 10-5-42 PST 2024 | CUSTOMERS BANK<br>CO HOWARD S TOLAND ESQ<br>1200 WESTON RD PH<br>MITRANI RYNOR ADAMSKY TOLAND<br>WESTON FL 33326-1987 | DUSOBOX CORPORATION<br>2501 INVESTORS ROW SUITE 500<br>ORLANDO FL 32837-8389 |
| FLAGSTAR FINANCIAL LEASING LLC<br>ATTN MICHAEL D COHEN<br>1633 BROADWAY<br>31ST FLOOR<br>NEW YORK NY 10019-6764 | OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS<br>CO J ELLSWORTH SUMMERS JR ESQ<br>400 WEST WASHINGTON STREET<br>SUITE 5100<br>ORLANDO FL 32801-2200 | SMART CITY<br>PO BOX 228564<br>LAKE BUENA VISTA FL 32830 |
| ~~EXCLUDE~~<br>~~(U)SUSTAINABLE CORRUGATED LLC~~ | THE JM FRY COMPANY<br>CO J ELLSWORTH SUMMERS JR ESQ<br>BURR FORMAN LLP<br>50 N LAURA STREET SUITE 3000<br>JACKSONVILLE FL 32202-3658 | ~~EXCLUDE~~<br>~~(U)TOYOTA INDUSTRIES COMMERCIAL FINANC~~<br>~~INC~~ |
| WINTER PARK NATIONAL BANK<br>CO SHUKER DORRIS PA<br>121 S ORANGE AVENUE<br>SUITE 1120<br>ORLANDO FL 32801-3238 | 101 NE THIRD AVENUE SUITE 1210<br>FT LAUDERDALE FL 33301-1147 | 4TH GENERATION<br>RECYCLING INC<br>1456 W NEWPORT CENTER DR<br>DEERFIELD BEACH FL 33442-7778 |
| AICC<br>113 SO WEST ST<br>ALEXANDRIA VA 22314-2851 | AIR CENTERS OF FLORIDA<br>9311 SOLAR DRIVE<br>TAMPA FL 33619-4403 | ALL STATE PACKAGING<br>600 WILLIAMSON AVENUE<br>OPELIKA AL 36804-7332 |
| ALLIANZ TRADE<br>800 RED BROOK BLVD<br>OWINGS MILLS MD 21117-5190 | ALLIED FOAM FABRICATORS<br>216 KELSEY LANE<br>TAMPA FL 33619-4300 | AMAZON<br>PO BOX 035184<br>SEATTLE WA 98124-5184 |
| AMERITEK INC<br>118 SOUTH WALNUT CIRCLE<br>GREENSBORO NC 27409-2625 | AMTRUST FINANCIAL<br>800 SUPERIOR AVENUE E<br>CLEVELAND OH 44114-2613 | ANILOX ROLLER CLEANING SYST<br>PO BOX 429<br>HATFIELD PA 19440-0429 |
| APPLIED ADHESIVES<br>6035 BAKER ROAD<br>MINNETONKA MN 55345-5908 | ARBON EQUIPMENT CORP<br>7443 EMERALD DUNES DR<br>SUITE 150<br>ORLANDO FL 32822-5123 | AUTOMATAN<br>2911 APACHE DR<br>PLOVER WI 54467-3146 |
| ACCELERATED LOGISTICS INC<br>PO BOX 174283<br>ARLINGTON TX 76003-4283 | ADVANCED DIE SUPPLIES<br>908 COMMERCIAL ST NE<br>SUITE E<br>CONYERS GA 30012-4588 | ADVANCED DIE SUPPLIES INC<br>10717 NORWALK BLVD<br>10717 NORWALK BLVD<br>SANTA FE SPRINGS CA 90670-3823 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| AMERICAN EXPRESS<br>PO BOX 650448<br>DALLAS   TX 75265-0448 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN   PA 19355-0701 | ASSET COLLECTIONS INC FTBO CCM DIE SUPPLY<br>6600 SW 92ND AVE 120<br>6600 SW 92ND AVE 120<br>PORTLAND   OR 97223-7195 |
| ASSET COLLECTIONS INC<br>6600 SW 92ND AVE 120<br>PORTLAND   OR 97223-7195 | (P)ATHENA SWC   LLC<br>100 CORPORATE PARKWAY<br>SUITE 200<br>AMHERST NY 14226-1200 | BAHMUELLER TECHNOLOGIES<br>2321A DISTRIBUTION STREET<br>CHARLOTTE   NC 28203-5370 |
| BALLABOX<br>PO BOX 851<br>MATHEWS   NC 28106-0851 | BECKHOFF AUTOMATION LLC<br>NW 6427   PO BOX 1450<br>MINNEAPOLIS   MN 55485-1450 | BEST DEDICATED SOLUTIONS<br>702 N DEERPATH DRIVE<br>VERNON HILLS   IL 60061-1802 |
| BOBST NORTH AMERICA<br>146 HARRISON AVENUE<br>ROSELAND   NJ 07068-1239 | BAUMER HHS CORP<br>10570 SUCCESS LANE<br>DAYTON   OH 45458-3561 | BELT POWER   LLC<br>2855 INTERSTATE DR 129<br>LAKELAND   FL 33805-2391 |
| BEST DEDICATED SOLUTIONS   LLC<br>JAMIE LANE<br>CO BEST DEDICATED SOLUTIONS   LLC<br>702 N DEERPATH DRIVE<br>VERNON HILLS   IL 60061-1802 | CAPITAL ADHESIVE<br>1260 S OLD STATE RD 67<br>MOORRESVILLE   IN 46158-8243 | CARTON CRAFT SUPPLY<br>6840 MEADOW LANE<br>ALPHARETTA   GA 30005-2307 |
| CCM DIE SUPPLY<br>531 CORNING WAY<br>MARTINSBURG   WV 25405-7363 | CENTERLINE DRIVERS   LLC<br>PO BOX 310011431<br>PASADENA   CA 91110-0001 | CH ROBINSON<br>11474 CORPORATE BLVD<br>SUITE 24<br>ORLANDO   FL 32817-8385 |
| CINTAS COPORATION<br>2 11342008<br>PO BOX 631025<br>CINCINNATI   OH 45263-1025 | CINTAS CORPORATION<br>58 13111875<br>PO BOX 630910<br>BALTIMORE   MD 21279-0001 | CLEARWATER PACKAGING<br>615 GRAND CENTRAL ST<br>SUITE 8<br>CLEARWATER   FL 33756-3438 |
| CNA INSURANCE<br>PO BOX 790094<br>SAINT LOUIS   MO 63179-0094 | COLE PAK<br>1030 SOUTH EDGEWOOD AVE<br>URBANA   OH 43078-9694 | CUTGURU<br>24 INDUSTRIAL PARK RD WEST<br>TOLLAND   CT 06084-2806 |
| CAPITAL ADHESIVES   PACKAGING CORP<br>1260 SOUTH OLD STATE ROAD 67<br>MOORESVILLE   IN 46158-8243 | CHRIS HEUSCH<br>PO BOX 760<br>HEBER CITY   UT 84032-0760 | CHUBB INSURANCE<br>ATTN JOSH LEDFORD<br>11575 GREAT OAKS WAY<br>ALPHARETTA   GA 30022-2473 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE
(U)CITBANK VISA

COLFIN 20172 INDUSTRIAL
OWNER  LLC
345 PARK AVENUE
NEW YORK  NY 10154-0004

COLFIN 20172 INDUSTRIAL
CO LINK
PO BOX 208383
DALLAS  TX 75320-8383


CUSTOMERS BANK
CO MITRANI  RYNOR ADAMSKY  TOLAND PA
HOWARD S TOLAND  ESQ
301 ARTHUR GODFREY RD  PH
MIAMI BEACH  FLA 33140-3633

CUSTOMERS COMMERCIAL FINANCE
25 CHESNUT STREET
SUITE 200 SOUTH
PORTSMOUTH  NH 03801-4064

DELTA DIVERSIFIED INC
30625 SOLON ROAD
SUITE F
SOLON  OH 44139-3473


DEBTOR
DUSOBOX CORPORATION
CO KEENAN D SMITH
135 W CENTRAL BLVD  STE 300
ORLANDO  FL 32801-2435

ENPRO GMBH
MITTELESCH 15
WILSUM  GERMANY 49849-0000

EPICOR EMS LICENSING  INC
1 E 22ND STREET
SUITE 301
LOMBARD  IL 60148-4981


EPS
40 24TH STREET
PITTSBURGH  PA 15222-4600

EPS US  LLC
40 24TH STREET
PITTSBURGH  PA 15222-4600

ESKO
8535 GANDER CREEK DRIVE
MIAMISBURG  OH 45342-5436


ESKOGRAPHICS
8535 GANDER CREEK DR
MIAMISBURG  OH 45342-5436

EXCLUDE
(U)ESP US  LLC

EXPRESS SERVICES  INC
PO BOX 535434
ATLANTA  GA 30353-6220


EMPLOYER SOLUTIONS
PO BOX 327
BUFFALO  NY 14231-0327

(P)EQUIPMENT FINANCE CORPORATION
219 ROSWELL STREET
SUITE 125
ALPHARETTA GA 30009-7910

EXCLUDE
(D)(P)EQUIPMENT FINANCE CORPORATION
219 ROSWELL STREET
SUITE 125
ALPHARETTA GA 30009-7910


EULER HERMES N A INSURANCE CO AS AGENT FO
100 INTERNATIONAL DR 22ND FLOOR
BALTIMORE  MD 21202-4783

EXCLUDE
(U)EXIE HOLDINGS  LLC

EXCLUDE
(U)EXIE KELLEY


EXPRESS EMPLOYMENT PROFESSIONALS
ATTN DAVID A SELLARI
2411 SAND LAKE ROAD
SUITE 100
ORLANDO  FL 32809-7659

FEDERAL EXPRESS
P O BOX 94515
PALATINE  IL 60094-4515

FEDEX FREIGHT
PO BOX 10306
PALATINE  IL 60055-0001


FINZER ROLLER FLORIDA
733 KRAFT ROAD
LAKELAND  FL 33815-3245

FLOCK FREIGHT  INC
DEPT LA 24808
PASADENA  CA 91185-0001

FLAGSTAR FINANCIAL  LEASING
PO BOX 71278
PHILADELPHIA  PA 19176-6278

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
FLAGSTAR FINANCIAL  LEASING  LLC        FLORIDA DEPARTMENT OF REVENUE       GMG AMERICAS
CO MICHAEL A TESSITORE                  BANKRUPTCY UNIT                     120 INDUSTRIAL PARK RD
MORAN KIDD LYONS JOHNSON GARCIA  PA     POST OFFICE BOX 6668                HINGHAM  MA 02043-4316
111 N ORANGE AVE  SUITE 900             TALLAHASSEE FL 32314-6668
ORLANDO  FLORIDA 32801-2307


GOPFERT MACHINERY USA                   GRAINGER                            GREAT AMERICAN PAPER
10815 JOHN PRICE ROAD                   4180 LB MCLEOD ROAD                 304 JOHN MARTIN ROAD
CHARLOTTE  NC 28273-4632                ORLANDO  FL 32811-5695              SPARTANBURG  SC 29303-6749


GREENBRIDGE                             GREAT AMERICA                       HB FULLER
6277 HEISLEY RD                         FINANCIAL SERVICES                  1200 WILLOW LAKE BOULEVARD
MENTOR  OH 44060-1858                   PO BOX 609                          ST PAUL  MN 55110-5101
                                        CEDAR RAPIDS  IA 52406-0609


HB FULLER COMPANY                       HOOD CONTAINER                      HOOD CONTAINER (ATLANTA)
1200 WILLOW LAKE BLVD                   TAMPA PLANT                         ATLANTA
VADINAS HEIGHTS  MN 55110-5101          301 COMMERCE BLVD                   5090 MCDOUGALL DRIVE SW
                                        BUILDING 1                          ATLANTA  GA 30336-2133
                                        OLDSMAR  FL 34677-2806


HP INC  (INK)                           HP INC  (SUPPLIES)                  HEWLETT PACKARD
PO BOX 741046                           1501 PAGE MILL RD                   FINANCIAL SERVICES
LOS ANGELES  CA 90074-1046              PALO ALTO  CA 94304-1126            200 CONNELL DRIVE
                                                                            BERKELEY HEIGHTS  NJ 07922-2816


IMPACT IMAGING GROUP                    INTERNAL REVENUE SERVICE            JM FRY COMPANY
1015 W BOBO NEWSOM HWY                  POST OFFICE BOX 7346                CO BURR  FORMAN
HARTSVILLE  SC 29550-4756               PHILADELPHIA PA 19101-7346          ATTN JE SUMMERS  JR
                                                                            201 NORTH FRANKLIN STREET
                                                                            TAMPA  FL 33602-5182


JM FRY CO                               JOHN KELLEY                         JOHN L KELLEY
PO BOX 7719                             203 SALVADOR SQ                     203 SALVADOR SQUARE
HENRICO  VA 23231-0219                  WINTER PARK  FL 32789-5618          WINTER PARK  FL 32789-5618


JOHN L KELLEY                           KIWIPLAN  LLC                       KONGSBERG PRECISION
203 SAVADOR SQUARE                      7870 E KEMPER ROAD                  CUTTING SY
WINTER PARK  FL 32789-5618              SUITE 200 SOUTH                     8535 GANDER CREEK DR
                                        CINCINNATI  OH 45249-1365           SUITE B
                                                                            MIAMISBURG  OH 45342-5436


LEWISBURG                               LYDECKER LLP                        MT CAPITAL AND LEASING CORP
170 WOODSIDE AVE                        ATTN MARGARET H MEYERS ESQ          850 MAIN STREET
LEWISBURG  TN 37091-2866                1221 BRICKELL AVE  19TH FL          BC-03
                                        MIAMI  FL 33131-3240                BRIDGEPORT  CT 06604-4917
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MARBACH AMERICA<br>100B FORSYTH HALL DR<br>CHARLOTTE   NC 28273-5726 | MARK TRECE<br>5385 GATEWAY BLVD BAYS 15<br>LAKELAND   FL 33811-1785 | MSC INDUSTRIAL COMPANY<br>PO BOX  953635<br>SAINT LOUIS   MO 63195-3635 |
| MSDSONLINE   INC<br>27185 NETWORK PLACE<br>CHICAGO   IL 60673-1271 | MURPHY INTERNATIONAL<br>P O BOX 69<br>PORTLAND   ME 04112-0069 | MUTICELL<br>191 VISTOR ST<br>LAWRENCEVILLE   GA 30046-4985 |
| MCMASTERCARR SUPPLY COMPANY<br>PO BOX 44449<br>ATLANTA   GA 30336-1449 | MCMASTERCARR SUPPLY COMPANY<br>MCMASTERCARR<br>1901 RIVERSIDE PARKWAY<br>DOUGLASVILLE   GA 30135-3150 | MEREDITH WEBB<br>334 NORTH MAIN STREET<br>BURLINGTON   NC 27217-3906 |
| MICHAEL NEWMAN<br>CO AMANDA E HEYSTEK   ESQ<br>WENZEL FENTON CABASSA   PA<br>1110 N FLORIDA AVE   STE 300<br>TAMPA   FL 33602-3343 | MOTIONALYSIS INC<br>595N MAYS ROAD<br>JANESVILLE   WI 53547 | (P)NISSAN MOTOR ACCEPTANCE CORPORATION<br>LOSS RECOVERY<br>PO BOX 660366<br>DALLAS TX 75266-0366 |
| OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS<br>J ELLSWORTH SUMMERS   JR   ESQ<br>BURR   FORMAN LLP<br>200 SOUTH ORANGE AVENUE   SUITE 800<br>ORLANDO   FL 32801-6404 | OFFICIAL COMMITTEE OF UNSECURED<br>CREDITORS<br>CO J ELLSWORTH SUMMERS   JR   ESQ<br>BURR   FORMAN LLP<br>50 N LAURA STREET   SUITE 3000<br>JACKSONVILLE   FL 32202-3658 | ORANGE COUNTY TAX COLLECTOR<br>PO BOX 545100<br>ORLANDO FL 32854-5100 |
| ORANGE COUNTY TAX COLLECTOR<br>SCOTT RANDOLPH<br>PO BOX 545100<br>ORLANDO   FL 32854-5100 | PALLET ENTERPRISES<br>OF ORLANDO<br>10694 COSMONAUT BLVD<br>ORLANDO   FL 32824-7615 | PAMARCO<br>500 WHARTON CIRCLE<br>ATLANTA   GA 30336-2116 |
| PRO DRIVERS<br>7648 SOUTHLAND BLVD<br>SUITE 103<br>ORLANDO   FL 32809-6977 | (P)PAWNEE LEASING CORPORATION ATTN<br>SANDI CARR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | PEACHTREE PACKAGING<br>771   MARATHON PARKWAY<br>LAWRENCEVILLE   GA 30046 |
| PENSKE<br>1301 TAFT VINELAND RD<br>ORLANDO   FL 32837-8408 | (P)PEOPLEREADY INC<br>ATTN TAMI L ZEIGLER<br>1015 A ST<br>TACOMA WA 98402-5122 | PERFORMANCE TESTING LAB<br>261 GAMSEY ST<br>SUITE B<br>SANTA ANA   CA 92707 |
| PERFORMANCE TESTITNG LABORATORIES   LLC<br>PO BOX 5100<br>ORANGE   CA 92863-5100 | PREDICTIVE INDEX<br>101 STATION DRIVE<br>WESTWOOD   MA 02090-2392 | PROTECTIVE PACKAGING<br>255 STANDARD WAREHOUSE RD<br>LUGOFF   SC 29078-8652 |

| | | |
|---|---|---|
| QUALITY SYSTEMS ENHANCEMENT<br>1790 WOODSTOCK ROAD<br>ROSWELL   GA 30075-2138 | EXCLUDE<br>(D)QUALITY SYSTEMS ENHANCEMENT INC<br>1790 WOODSTOCK ROAD<br>ROSWELL   GA 30075-2138 | R L CARRIERS   INC<br>PO BOX 271<br>WILMINGTON   OH 45177-0271 |
| RL CARRIERS   INC<br>600 GILLAM ROAD<br>WILMINGTON   OH 45177-9089 | RISI INC<br>1 VAN DE GRAAFF DR<br>SUITE 601<br>BURLINGTON   MA 01803-5174 | ROBERT HALF<br>PO BOX 743295<br>LOS ANGELES   CA 90074-3295 |
| RS AMERICAS   INC<br>FORMALLY ALL<br>7151 JACK NEWELL BLVD S<br>FT WORTH   TX 76118-7037 | RICHARD KELLEY   JR<br>11213 CEDAR GROVE COURT<br>WINDERMERE   FL 34786-3415 | EXCLUDE<br>(D)RICHARD KELLEY   JR<br>11213 CEDAR GROVE COURT<br>WINDERMERE   FL 34786-3415 |
| SCHWARZ PARTNERS<br>PACKAGING LLC<br>1101 EAST 33RD STREET<br>HIALEAH   FL 33013-3528 | SHREDIT USA LLC<br>3800 ENTERPRISE WAY<br>BLDG 300   1190<br>SANFORD   FL 32771-8231 | SHUFFIELD LOWMAN<br>PO BOX 1010<br>ORLANDO   FL 32802-1010 |
| SIGNODE INDUSTRIES<br>3650 WEST LAKE AVE<br>GLENVIEW   IL 60026-1215 | SMART SAFETY GULF COAST<br>16347 OLD HAMMOND HWY<br>BATON ROUGE   LA 70816-1730 | SOULE PACKAGING COMPANY<br>4322 PET LANE<br>LUTZ   FL 33559-6349 |
| SUSTAINABLE CORRUGATED   LLC<br>2852 FIVE SPRINGS ROAD<br>DALTON   GA 30720-7525 | SAGE<br>7595 IRVINE CENTER DR<br>IRVINE   CA 92618-2963 | SIGNATURE FINANCIAL AND<br>LEASING   LLC<br>225 BROADHOLLOW ROAD<br>SUITE 132W<br>MELVILLE   NY 11747-4809 |
| SIGNIFICANS AUTOMATION INTL<br>1524 CANDLEWYCK CT<br>KANNAPOLIS   NC 28081-9259 | SMALL BUSINESS ADMIN<br>409 3RD ST   SW<br>WASHINGTON   DC 20416-0002 | SMART CITY<br>PO BOX 22856<br>LAKE BUENA VISTA   FL 32830-2856 |
| SOUTHERN TOYOTA<br>115 S 78TH STREET<br>TAMPA   FL 33619-4220 | STRAUB DESIGN COMPANY<br>4401 QUEBEC AVE NORTH<br>MINNEAPOLIS   MN 55428-4978 | (P)SUBURBAN PROPANE LP<br>ATTN CREDIT   COLLECTIONS<br>240 ROUTE 10 WEST<br>WHIPPANY NJ 07981-2105 |
| SUSTAINABLE CORRUGATED   LLC<br>CO TAMMY FRANCIS   CFO<br>2852 FIVE SPRINGS ROAD<br>DALTON   GA 30720-7525 | TAPE PRODUCTS<br>7803 SOUTHLAND BLVD<br>SUITE 204<br>ORLANDO   FL 32809-6978 | TERRACON CONSULTANTS   INC<br>PO BOX 959673<br>SAINT LOUIS   MO 63195-9673 |

Case 6:24-bk-00391-TPG   Doc 82   Filed 03/19/24   Page 13 of 16

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
THE GRAPHMOBILE                      THE JM FRY COMPANY                   TOROSIAN TECH SERVICES   INC
MOBILE ANILO                         4329 EUBANK ROAD                     PO BOX 8243
1127 ROYAL PALM BEACH BLVD           HENRICO   VA 23231-4314              PORTSMOUTH   NH 03802-8243
SUITE 331
ROYAL PALM BEACH   FL 33411-1641


                                                                          EXCLUDE
TRIDENT TRANSPORT   LLC              THE JM FRY COMPANY                   (D)THE JM FRY COMPANY
505 RIVERFRONT PKWY                  CO DANA L ROBBINS   ESQ              CO J ELLSWORTH SUMMERS   JR   ESQ
CHATANOOGA   TN 37402-1609           201 N FRANKLIN STREET   SUITE 3200   BURR   FORMAN LLP
                                     TAMPA   FL 33602-5872                50 N LAURA STREET   SUITE 3000
                                                                          JACKSONVILLE   FL 32202-3658


                                     EXCLUDE
THE JM FRY COMPANY                   (U)TOYOTA INDUSTRIES                 TOYOTA INDUSTRIES
CO WILLIAM B MCDANIEL   ESQ          COMMERCIAL FINANCE                   COMMERCIAL FINANCE   INC
LANSING ROY   PA                     PO BOX 9050                          PO BOX 2431
1710 SHADOWOOD LANE   SUITE 210                                           CAROL STREAM   IL 60132-2431
JACKSONVILLE   FL 32207-2184


TOYOTA INDUSTRIES COMMERICAL FINANCE TRION CHEMICALS                      TWO 10 TECHNOLOGIES   INC
INC                                  2200 S LAKESIDE DR                   5049 EDWARDS RD
CO WELTMAN   WEINBERG   REIS CO  LPA WAUKEGAN   IL 60085-8361             SUITE 400
965 KEYNOTE CIRCLE                                                        FORT WORTH   TX 76109
CLEVELAND   OH 44131-1829


US SMALL BUSINESS ADMINISTRATION     ULINE                                ULINE
7825 BAYMEADOWS WAY   SUITE 100B     2200 S LAKESIDE DR                   12575 ULINE DRIVE
JACKSONVILLE   FL 32256-7543         WAUKEGAN   IL 60085-8311             PLEASANT PRAIRIE   WI 53158-3686


UNITED STATES TRUSTEE   ORL          VALDESE PACKAGING   LABEL   INC      VERITIV OPERATING COMPANY
OFFICE OF THE UNITED STATES TRUSTEE  LABEL   INC                          PO BOX 45195
GEORGE C YOUNG FEDERAL BUILDING      PO BOX 1215                          JACKSONVILLE   FL 32232-5195
400 WEST WASHINGTON STREET   SUITE 1100  VALDESE   NC 28690-1215
ORLANDO   FL 32801-2210


VISIPAK                              W B MASON CO INC                     WILLIAM JAMES TILLO III
123 MANUFACTURERS DR                 216 KELSEY LANE                      9030 CARLOTTA WAY
ARNOLD   MO 63010-4727               TAMPA   FL 33619-4300                KISSIMMEE   FL 34747-1559


WITHUM SMITH   BROWN PC              WELLS FARGO                          WELLS FARGO VENDOR FINANCIAL SERVICES
200 ORANGE AVE                       FINANCIAL LEASING   INC              LLC
SUITE 1200                           1961 HIRST DRIVE                     1010 THOMAS EDISON BLVD SW
ORLANDO   FL 32801-3446              MOBERLY   MO 65270-3046              CEDAR RAPIDS   IA 52404-8247


WINTER PARK NATIONAL BANK            WITHUM SMITH   BROWN                 XTRA LEASE
CO R SCOTT SHUKER   ESQ              506 CARNEGIE CENTER   SUITE 400      405 THORPE ROAD
SHUKER DORRIS   PA                   WITHUM SMITH   BROWN   506 CARNEGIE CENTE  ORLANDO   FL 32824-8132
121 SOUTH ORANGE AVENUE   SUITE 1120 PRINCETON   NJ 08540-6243
ORLANDO   FLORIDA 32801-3238
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ZORO INC
909 ASBURY DR
BUFFALO GROVE  IL 60089-4525

CO R SCOTT SHUKER  ESQ
SHUKER  DORRIS  PA
121 S ORANGE AVE  STE 1120
ORLANDO  FL 32801-3238

VALDESE PACKAGING  LABEL INC
PO BOX 1215
VALDESE  NC 28690-1215

J ELLSWORTH SUMMERS
BURR  FORMAN LLP
200 SOUTH ORANGE AVENUE  SUITE 800
ORLANDO  FL 32801-6404

JONATHAN SYKES
NARDELLA  NARDELLA  PLLC
135 W CENTRAL BLVD  SUITE 300
ORLANDO  FL 32801-2435

KEENAN DAVID SMITH
NARDELLA  NARDELLA  PLLC
135 W CENTRAL BOULEVARD
SUITE 300
ORLANDO  FL 32801-2435

MICHAEL A NARDELLA
NARDELLA  NARDELLA  PLLC
135 WEST CENTRAL BOULEVARD  SUITE 300
ORLANDO  FL 32801-2435

**Notice will be electronically mailed to:**

Bryan E Buenaventura on behalf of U.S. Trustee United States Trustee - ORL
bryan.buenaventura@usdoj.gov

David L Kane on behalf of Creditor Flagstar Financial & Leasing, LLC
dkane@vedderprice.com

William B McDaniel on behalf of Creditor The J.M. Fry Company
court@lansingroy.com,
wmcdaniel@lansingroy.com;mcdaniel.williamb.b121836@notify.bestcase.com

Michael A Nardella on behalf of Debtor Dusobox Corporation
mnardella@nardellalaw.com,
klynch@nardellalaw.com;kcooper@nardellalaw.com;psmith@nardellalaw.com;msayne@nardellalaw.com

Dana L Robbins on behalf of Creditor The J.M. Fry Company
drobbins@burr.com, mguerra@burr.com

Alan R Rosenberg on behalf of Creditor Sustainable Corrugated, LLC
arosenberg@mrthlaw.com, gruiz@mrthlaw.com

R Scott Shuker on behalf of Creditor Winter Park National Bank
bankruptcy@shukerdorris.com,
rshuker@shukerdorris.com;mfranklin@shukerdorris.com;lstricker@shukerdorris.com;mdorris@shukerdorris.com;atillman@shukerdorris.com

Keenan David Smith on behalf of Debtor Dusobox Corporation
ksmith@nardellalaw.com,
klynch@nardellalaw.com;msayne@nardellalaw.com;psmith@nardellalaw.com;kcooper@nardellalaw.com

J Ellsworth Summers, Jr. on behalf of Creditor Committee Official Committee of Unsecured Creditors
esummers@burr.com, sguest@burr.com

Jonathan Sykes on behalf of Debtor Dusobox Corporation
jsykes@nardellalaw.com,
klynch@nardellalaw.com;kcooper@nardellalaw.com;msayne@nardellalaw.com;psmith@nardellalaw.com

Jonathan Sykes on behalf of Plaintiff Dusobox Corporation
jsykes@nardellalaw.com,

klynch@nardellalaw.com;kcooper@nardellalaw.com;msayne@nardellalaw.com;psmith@nardellalaw.com

Michael A Tessitore on behalf of Creditor Flagstar Financial & Leasing, LLC
mtessitore@morankidd.com

Howard S Toland on behalf of Creditor Customers Bank
htoland@mitrani.com

United States Trustee - ORL
USTP.Region21.OR.ECF@usdoj.gov