UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Dusobox Corporation,            Case No. 6:24-bk-00391-TPG
                                           Chapter 11

    Debtor.

_____/

## NOTICE OF FILING

Dusobox Corporation ("Debtor"), by and through its undersigned attorneys hereby gives notice of filing the attached updated cash collateral budget in reference to *Debtor's Emergency to Use Cash Collateral and Request for Emergency Hearing* (Doc. 5).

Dated: April 23, 2024             Respectfully submitted,

                                       */s/Jonathan M. Sykes*
                                       Jonathan M. Sykes, Esq.
                                       Florida Bar No. 073176
                                       Michael A. Nardella, Esq.
                                       Florida Bar No. 051265
                                       **Nardella & Nardella, PLLC**
                                       135 W. Central Blvd., Suite 300
                                       Orlando, FL 32801
                                       Phone: (407) 966-2680
                                       mnardella@nardellalaw.com
                                       jsykes@nardellalaw.com
                                       klynch@nardellalaw.com

                                       *PROPOSED COUNSEL TO DEBTOR*

## CERTIFICATE OF SERVICE

     I hereby certify that on April 23, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                       */s/Jonathan M. Sykes*
                                       Jonathan M. Sykes, Esq.



**13-Week Initial Cash Flow Forecast, 6-Months Thereafter**

| | | | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Number ---> | | | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| Actual / Forecast ---> | Cash Flow | | | | | | | | | | | | | | | | |
| Week Ending ---> | % | Legend | 4/26/2024 | 5/3/2024 | 5/10/2024 | 5/17/2024 | 5/24/2024 | 5/31/2024 | 6/7/2024 | 6/14/2024 | 6/21/2024 | 6/28/2024 | 7/5/2024 | 7/12/2024 | 7/19/2024 | 7/26/2024 | 8/2/2024 |
| **Receipts** | | | | | | | | | | | | | | | | | |
| Collections on accounts receivable | | | 465,788 | 488,699 | 488,699 | 488,699 | 488,699 | 461,637 | 461,637 | 461,637 | 461,637 | 461,637 | 452,500 | 452,500 | 452,500 | 452,500 | 450,000 |
| Deposits Received | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Additional Paid In Capital | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Receipts | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | | | 465,788 | 488,699 | 488,699 | 488,699 | 488,699 | 461,637 | 461,637 | 461,637 | 461,637 | 461,637 | 452,500 | 452,500 | 452,500 | 452,500 | 450,000 |
| **Operating Dispursements** | | | | | | | | | | | | | | | | | |
| COGS | | | | | | | | | | | | | | | | | |
| Materials | 50% | | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 |
| Direct Labor | | | | 69,111 | | 69,111 | | 69,111 | | 69,111 | | 69,111 | | 69,111 | | 69,111 | |
| Variable Costs - Utilities | | | | | 30,000 | | | | | 30,000 | | | | 30,000 | | | |
| Variable costs - Plant Salaries | | | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | |
| Variable Costs - Maintenance Labor | | | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - |
| Variable Costs - Shipping | | | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | |
| Variable Costs - Maintenance | 2.1% | | 10,106 | 10,421 | 10,421 | 10,421 | 10,421 | 9,765 | 9,765 | 9,765 | 9,765 | 9,765 | 9,503 | 9,503 | 9,503 | 9,503 | 9,450 |
| Variable Costs - Indirect Vendors | | | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| Delivery Costs | 2.8% | | 13,475 | 13,895 | 13,895 | 13,895 | 13,895 | 13,020 | 13,020 | 13,020 | 13,020 | 13,020 | 12,670 | 12,670 | 12,670 | 12,670 | 12,600 |
| Fixed Plant Costs | | | | | | | | | | | | | | | | | |
| Building Rent - Existing Warehouse | | | - | - | - | - | | - | - | - | - | - | - | - | - | - | - |
| Building Rent - Suite 800 (w/above) | | | - | - | - | - | | - | - | - | - | - | - | - | - | - | - |
| Building Rent - Cam and Taxes | | | - | - | - | - | | - | - | - | - | - | - | - | - | - | - |
| SG&A | | | | | | | | | | | | | | | | | |
| Salaries, Benefits, Commissions, Taxes | | | - | 104,000 | - | 134,000 | - | 104,000 | - | 134,000 | - | 104,000 | - | 134,000 | - | 104,000 | - |
| Insurance (Property & Casulty) | | | - | - | - | 22,000 | - | - | 7,500 | 22,000 | - | - | - | - | 22,000 | - | - |
| Sales | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Technology | | | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 |
| Interest Expense - Winter Park National | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments | | | 20,000 | | 20,000 | | 20,000 | | 20,000 | | 20,000 | | 20,000 | | 20,000 | | 20,000 |
| Pre-Petition Cleared SG&A Dispursements | | | | | | | | | | | | | | | | | |
| Group Insurance, 401K Payments, Merchant Fees, Fractional COO, Communication, Misc. Expenses | | | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Dispursements** | | | 330,394 | 543,441 | 361,129 | 595,441 | 331,129 | 516,909 | 342,098 | 568,909 | 304,598 | 516,909 | 333,986 | 546,297 | 325,986 | 516,297 | 303,863 |
| **Weekly Net Cash Flow (Operations)** | | | 135,394 | (54,742) | 127,570 | (106,742) | 157,570 | (55,272) | 119,539 | (107,272) | 157,039 | (55,272) | 118,515 | (93,797) | 126,515 | (63,797) | 146,137 |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | | | | |
| Critical Vendor Payments - Sustainable Corrug. | | | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Creditor's Committee | | | - | 30,000 | - | - | - | - | 30,000 | - | - | - | 30,000 | - | - | - | - |
| US Trustee Fees | | | 17,723 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 |
| Professional Fees | | | | 20,000 | | - | - | - | 20,000 | - | - | - | 20,000 | - | - | - | 20,000 |
| **Total Non-Operating Disbursements** | | | 21,223 | 57,250 | 7,250 | 7,250 | 7,250 | 7,250 | 57,250 | 7,250 | 7,250 | 7,250 | 57,250 | 7,250 | 7,250 | 7,250 | 27,250 |
| **Weekly Total Net Cash Flow** | | | 114,171 | (111,992) | 120,320 | (113,992) | 150,320 | (62,522) | 62,289 | (114,522) | 149,789 | (62,522) | 61,265 | (101,047) | 119,265 | (71,047) | 118,887 |
| **Cash Balance** | | | | | | | | | | | | | | | | | |
| Cash On Hand - Begining Balance | | | $ 162,877 | $ 277,048 | $ 165,056 | $ 285,376 | $ 171,384 | $ 321,704 | $ 259,182 | $ 321,471 | $ 206,949 | $ 356,738 | $ 294,216 | $ 355,480 | $ 254,433 | $ 373,698 | $ 302,651 |
| Total Net Cash Flow | | | 114,171 | (111,992) | 120,320 | (113,992) | 150,320 | (62,522) | 62,289 | (114,522) | 149,789 | (62,522) | 61,265 | (101,047) | 119,265 | (71,047) | 118,887 |
| **Cash Ending Balance** | | | 277,048 | 165,056 | 285,376 | 171,384 | 321,704 | 259,182 | 321,471 | 206,949 | 356,738 | 294,216 | 355,480 | 254,433 | 373,698 | 302,651 | 421,538 |



**13-Week Initial Cash Flow Forecast, 6-Months Thereafter**

| | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 |
|---|---|---|---|---|---|---|---|---|---|---|
| Week Number ---> | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST | FORECAST |
| Week Ending ---> | 8/9/2024 | 8/16/2024 | 8/23/2024 | 8/30/2024 | 9/6/2024 | 9/13/2024 | 9/20/2024 | 9/27/2024 | 10/4/2024 | 10/11/2024 |
| **Reciepts** | | | | | | | | | | |
| Collections on accounts receivable | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 525,000 | 525,000 |
| Deposits Received | - | - | - | - | - | - | - | - | - | - |
| Additional Paid In Capital | - | - | - | - | - | - | - | - | - | - |
| Other Receipts | - | - | - | - | - | - | - | - | - | - |
| **Total Receipts** | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 525,000 | 525,000 |
| **Operating Dispursements** | | | | | | | | | | |
| COGS | | | | | | | | | | |
| Materials | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 |
| Direct Labor | 69,111 | | 69,111 | | 69,111 | | 69,111 | | 69,111 | |
| Variable Costs - Utilities | 30,000 | | | | 30,000 | | | | | 30,000 |
| Variable costs - Plant Salaries | 25,000 | | 25,000 | | 25,000 | | 25,000 | | 25,000 | |
| Variable Costs - Maintenance Labor | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - | 15,000 | - |
| Variable Costs - Shipping | 19,200 | | 19,200 | | 19,200 | | 19,200 | | 19,200 | |
| Variable Costs - Maintenance | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 9,450 | 10,920 | 10,920 |
| Variable Costs - Indirect Vendors | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 | 4,700 |
| Delivery Costs | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 12,600 | 14,560 | 14,560 |
| Fixed Plant Costs | | | | | | | | | | |
| Building Rent - Existing Warehouse | - | - | - | - | 50,000 | - | - | - | 50,000 | - |
| Building Rent - Suite 800 (w/above) | | | | | - | | | | - | - |
| Building Rent - Cam and Taxes | | | | | - | | | | - | - |
| SG&A | | | | | | | | | | |
| Salaries, Benefits, Commissions, Taxes | 134,000 | - | 104,000 | - | 134,000 | - | 104,000 | - | 134,000 | - |
| Insurance (Property & Casulty) | - | 22,000 | - | - | - | 7,500 | 22,000 | - | - | - |
| Sales | - | - | - | - | - | - | - | - | - | - |
| Technology | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 | 10,113 |
| Interest Expense - Winter Park National | - | - | - | - | | - | - | | | |
| Adequate Protection Payments | | 20,000 | | | | 20,000 | | 20,000 | | 20,000 |
| Pre-Petition Cleared SG&A Disbursements | | | | | | | | | | |
| Group Insurance, 401K Payments, Merchant Fees, Fractional COO, Communication, Misc. Expenses | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 | 22,000 |
| **Total Operating Dispursements** | 576,174 | 325,863 | 516,174 | 283,863 | 626,174 | 311,363 | 538,174 | 303,863 | 599,604 | 337,293 |
| **Weekly Net Cash Flow (Operations)** | (126,174) | 124,137 | (66,174) | 166,137 | (176,174) | 138,637 | (88,174) | 146,137 | (74,604) | 187,707 |
| **Non-Operating Disbursements** | | | | | | | | | | |
| Critical Vendor Payments - Sustainable Corrug. | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 |
| Creditor's Committee | - | 15,000 | - | - | - | 15,000 | - | - | - | - |
| US Trustee Fees | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 | 3,750 |
| Professional Fees | | | | | | 20,000 | | | - | - |
| **Total Non-Operating Disbursements** | 7,250 | 22,250 | 7,250 | 7,250 | 7,250 | 42,250 | 7,250 | 7,250 | 7,250 | 7,250 |
| **Weekly Total Net Cash Flow** | (133,424) | 101,887 | (73,424) | 158,887 | (183,424) | 96,387 | (95,424) | 138,887 | (81,854) | 180,457 |
| **Cash Balance** | | | | | | | | | | |
| Cash On Hand - Begining Balance | $ 421,538 | $ 288,113 | $ 390,000 | $ 316,576 | $ 475,463 | $ 292,039 | $ 388,426 | $ 293,001 | $ 431,888 | $ 350,034 |
| Total Net Cash Flow | (133,424) | 101,887 | (73,424) | 158,887 | (183,424) | 96,387 | (95,424) | 138,887 | (81,854) | 180,457 |
| **Cash Ending Balance** | 288,113 | 390,000 | 316,576 | 475,463 | 292,039 | 388,426 | 293,001 | 431,888 | 350,034 | 530,491 |