UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Dusobox Corporation,                           Case No. 6:24-bk-00391-TPG
                                               Chapter 11
          Debtor.

_____/

## NOTICE OF FILING

Dusobox Corporation ("Debtor"), by and through its undersigned attorneys hereby gives

notice of filing the attached draft *First Amendment to the Asset Purchase Agreement*, the terms of

which are still subject to review and approval of the Debtor and the Purchaser.

Dated: December 30, 2024                        Respectfully submitted,

                                               */s/Jonathan M. Sykes*
                                               Michael A. Nardella, Esq.
                                               Florida Bar No. 051265
                                               Jonathan M. Sykes, Esq.
                                               Florida Bar No. 073176
                                               **Nardella & Nardella, PLLC**
                                               135 W. Central Blvd., Suite 300
                                               Orlando, FL 32801
                                               Phone: (407) 966-2680
                                               mnardella@nardellalaw.com
                                               jsykes@nardellalaw.com
                                               klynch@nardellalaw.com

                                               *PROPOSED COUNSEL TO DEBTOR*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2024, I electronically filed the foregoing with the Clerk of the

Court by using the CM/ECF system.

                                               */s/Jonathan M. Sykes*
                                               Jonathan M. Sykes, Esq.

*JBBG 12.30.24*

## FIRST AMENDMENT TO ASSET PURCHASE AGREEMENT

This First Amendment to Asset Purchase Agreement (this "**Amendment**") is made and entered into as of December __, 2024, by and among DUSOBOX CORPORATION, a Florida corporation ("**Seller**"), PRECISION CORR FL, LLC, a Florida limited liability company (together with its permitted successors and assigns, "**Purchaser**"), John L. Kelley ("**John**"), and Richard J. Kelley ("**Richard**" and, together with John, "**Owners**").

## RECITALS

WHEREAS, Purchaser, Seller, and Owners are parties to that certain Asset Purchase Agreement, dated as of December 23, 2024 (the "**Purchase Agreement**"); and

WHEREAS, Purchaser, Seller and Owners wish to amend the Purchase Agreement as set forth herein.

NOW, THEREFORE, for and in consideration of the foregoing and the respective agreements contained herein and in the Purchase Agreement, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties, intending to be legally bound, hereby agree as follows:

## AMENDMENT

1.      <u>Section 4.03</u>. Section 4.03 of the Purchase Agreement is hereby amended by deleting the word "audited" and substituting in lieu thereof the following words: "reviewed quality".

2.      <u>Section 7.15</u>. The Purchase Agreement is hereby amended by inserting at the end of Section 7.14 the following new Section 7.15:

"Section 7.15 **Post-Closing Covenants**.

(a)      Purchaser agrees to permit Seller to store the tangible Excluded Assets on the Leased Real Property for a period of up to fourteen (14) days following the Closing Date. Seller and its agents may access the Leased Real Property solely to handle the tangible Excluded Assets during Purchaser's normal business hours and upon providing Purchaser with at least two (2) Business Days prior written notice, provided that Seller's access shall not unreasonably interfere with Purchaser's operations. Seller acknowledges and agrees that Purchaser is not assuming any responsibility for the safeguarding, security, or condition of such tangible Excluded Assets. Seller shall bear all risk of loss, theft, damage, or destruction of such tangible Excluded Assets, whether caused by negligence, acts of God, or otherwise, and Seller shall maintain insurance on such tangible Excluded Assets. Seller shall be solely responsible for any damages or losses to Purchaser's property or injury to persons caused by Seller or its agents, contractors, or representatives while accessing or handling the tangible Excluded Assets on the Leased Real Property. Seller shall promptly remove the tangible Excluded Assets from the Leased Real Property no later than the expiration of the fourteen (14) day period, and any failure to do so may result in Purchaser disposing of the tangible Excluded Assets at Seller's expense, without further notice or liability.

(b)      Within two (2) Business Days following the Closing Date, Seller shall provide Purchaser with full and complete copies of all written purchase orders placed by customers

of Seller that are unfulfilled as of the Closing Date and for which no deposit or other form of prepayment has been made or is in effect by such customer."

3.    <u>Section 12.02</u>. Section 12.02 of the Purchase Agreement is hereby amended by:

(a) Inserting the following physical address for John Kelley: 203 Salvador Square, Winter Park, Florida 32789; and

(b) Inserting the following physical address for Richard Kelley: 11213 Cedar Grove Court, Windermere, Florida 34786.

(c) Deleting the physical address listed for Seller and substituting in lieu thereof the following physical address for Seller: [•].[1]

4.    <u>Exhibit A</u>. Exhibit A of the Purchase Agreement is hereby amended by deleting all of the text contained in Exhibit A of the Purchase Agreement, which sets forth the Bill of Sale, and substituting in lieu thereof the text contained on <u>Exhibit A</u> to this Amendment.

5.    <u>Disclosure Schedules</u>. The Purchase Agreement is hereby amended by:

(a) Deleting Section 2.01 of the Disclosure Schedules and Section 2.05 of the Disclosure Schedules that are attached to the Purchase Agreement in their entirety; and

(b) Attaching and incorporating the disclosure schedules attached as <u>Exhibit B</u> to this Amendment (as permitted by Section 7.14 of the Purchase Agreement).

6.    <u>Section 7.03</u>. Section 7.03 of the Purchase Agreement is hereby amended by inserting the following sentences at the end of such section:

"Seller has complied and is in compliance with the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended, and the Worker Adjustment and Retraining Notification Act of 1988, as amended, and shall bear any and all obligations and liability thereunder. Seller shall provide all required notices under the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended, and the Worker Adjustment and Retraining Notification Act of 1988, as amended, in a timely manner and in compliance with applicable law."

7.    <u>Miscellaneous</u>.

(a) The Purchase Agreement, as amended by this Amendment, and the other Transaction Documents constitute the entire agreement hereto with respect to the subject matter hereof. To the extent the terms of this Amendment and the terms of the Purchase Agreement conflict, the terms of this Amendment shall govern and control to the extent of such inconsistency. Except as expressly provided herein, the Purchase Agreement shall remain unchanged, is hereby ratified and affirmed, and shall continue in full force and effect.

(b) This Amendment may be executed in one or more counterparts, each of which together shall constitute a single instrument. A signed copy of this Amendment delivered by e-mail or other means

---

1 <u>Note to Draft</u>: The notice address is currently the address of the property that Purchaser is taking over.

of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Amendment.

(c) The headings in this Amendment are for reference only and shall not affect the interpretation of this Amendment.

(d) Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Purchase Agreement.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be executed as of the date first written above by their respective officers thereunto duly authorized.

**PURCHASER:**

**PRECISION CORR FL, LLC,**
a Florida limited liability company

By: _____
    Name:  Travis Vining
    Title:  President

**SELLER:**

**DUSOBOX CORPORATION,**
a Florida corporation

By: _____
    Name: John L. Kelley
    Title: President

**OWNERS:**

_____
**JOHN L. KELLEY**

_____
**RICHARD J. KELLEY**

*Signature Page – First Amendment to Asset Purchase Agreement*

## EXHIBIT A

**Bill of Sale**

*[Attached]*

## BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT

THIS BILL OF SALE, ASSIGNMENT AND ASSUMPTION AGREEMENT (this "**Bill of Sale**"), dated as of [**DATE**], is entered into by Precision Corr FL, LLC, a Florida limited liability company ("**Purchaser**"), and Dusobox Corporation, a Florida corporation ("**Seller**").

This Bill of Sale is executed and delivered pursuant to the terms of that certain Asset Purchase Agreement, dated [**DATE**], entered into by and among Purchaser, Seller, and certain other parties thereto (the "**Agreement**").

In consideration of the foregoing, and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged:

1.  <u>Definitions</u>. Each term which is capitalized, but not defined, in this Bill of Sale shall have the meaning ascribed to such term in the Agreement.

2.  <u>Transfer of Acquired Assets</u>. Effective as of the Effective Date, Seller hereby sells, conveys, transfers, assigns and delivers to Purchaser, the receipt and sufficiency of which is hereby acknowledged, and Purchaser hereby acquires, the Acquired Assets, including but not limited to the Real Estate Lease Agreement (the "**Lease**"), by and between Seller and Colfin 2017-2 Industrial Owner, LLC, dated January 20, 2016, as amended (for the avoidance of doubt, excluding the Excluded Assets) and all of Seller's right, title and interest in and to the Acquired Assets, including without limitation the Lease, free and clear of all Encumbrances, upon and subject to the terms and conditions of the Agreement, Sale Order, and this Bill of Sale. For the avoidance of doubt, Purchaser is not assuming and is not responsible for discharging, paying or performing any of the Excluded Liabilities.

3.  <u>Assumption of Assumed Liabilities</u>. Seller hereby assigns, the receipt and sufficiency of which is hereby acknowledged, and Purchaser hereby assumes and agrees to pay, perform and discharge when due, all of the Assumed Liabilities (and only the Assumed Liabilities) in accordance with the terms, subject to the conditions, and solely to the extent provided in the Agreement and the Sale Order.

4.  <u>Miscellaneous</u>. All of the terms and provisions of this Bill of Sale are binding upon Seller, Purchaser, and their respective successors and assigns and will inure to the benefit of the other party and its respective successors and assigns. In the event of a conflict between the terms of this Bill of Sale and the terms of the Agreement, the terms of the Agreement shall prevail and govern. This Bill of Sale and all matters arising out of this Bill of Sale shall be governed by and construed in accordance with the internal Laws of the State of Georgia (without giving effect to any choice or conflict of law provision or rule that would cause the application of the Laws of any jurisdiction other than the State of Georgia). Purchaser and Seller shall each take any and all actions and execute any and all other documents that may be necessary or desirable to ensure that all of the Acquired Assets and Assumed Liabilities are assigned, transferred, conveyed and delivered to Purchaser as set forth herein, and to confirm unto and vest in Purchaser all right, title, and interest in and to the Acquired Assets and Assumed Liabilities. This Bill of Sale may be executed by the parties hereto in separate counterparts, each of which when so executed and delivered shall be an original, but all such counterparts together shall constitute one and the same instrument. This Bill of Sale may be executed by facsimile or PDF signature, which shall have full force and effect as if a manually signed original. No provision of this Bill of Sale shall be deemed to enlarge, alter or amend the terms or provisions of the Agreement. Notwithstanding anything to the contrary set forth herein, if there is any conflict between the terms and conditions of this Bill of Sale and the terms and conditions of the Agreement, the terms and conditions of the Agreement shall control.

*[signatures appear on the following page]*

IN WITNESS WHEREOF, each of the parties has duly executed this Bill of Sale on the date first written above.

**PURCHASER**:

By:_____
Name:
Title:


**SELLER**:

By:_____
Name:
Title:

**<u>EXHIBIT B</u>**

**Disclosure Schedules**

*[Attached]*

**DISCLOSURE SCHEDULES**

**TO**

**ASSET PURCHASE AGREEMENT**

**by and among**

**JOHN L. KELLEY,**

**RICHARD J. KELLEY,**

**DUSOBOX CORPORATION,**

**and**

**PRECISION CORR FL, LLC**

**dated as of**

**DECEMBER 23, 2024**

CAPITALIZED TERMS USED BUT NOT DEFINED IN THESE DISCLOSURE SCHEDULES SHALL HAVE THE MEANING GIVEN TO THEM IN THE ASSET PURCHASE AGREEMENT.

**Table of Contents**

| | |
|---|---|
| Section 2.01 | Tangible Personal Property |
| Section 2.02 | Assigned Contracts |
| Section 4.03 | Financial Statement |
| Section 4.05 | Material Contracts |
| Section 4.08 | Intellectual Property |
| Section 4.09 | Real Property |
| Section 4.10 | Insurance |
| Section 4.11 | Legal Proceedings; Governmental Orders |
| Section 4.14 | Related Party Transactions |
| Section 4.15 | Labor |

<u>**Section 2.01**</u>

**Tangible Personal Property**

**ALL MACHINERY AND EQUIPMENT**, including, but not limited to, the following:

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**EQUIPMENT DESCRIPTION:**

**ONE (1) Used GOPFERT ROTARY DIE CUTTER MODEL RDC 16/28 EVOLUTION -HBL** High Board Line with Direct Drive Technology and High-Performance Vacuum Transport, consisting of the following all as further described below:

| | | |
|---|---|---|
| **Prefeeder** | **mach. no.:** | **6426.16.04** |
| **Feed Unit** | **mach. no.:** | **6427.16.04** |
| **Flexo Print Unit 1** | **mach. no.:** | **6428.16.04** |
| **Flexo Print Unit 2** | **mach. no.:** | **6429.16.04** |
| **Flexo Print Unit 3** | **mach. no.:** | **6430.16.04** |
| **Flexo Print Unit 4** | **mach. no.:** | **6431.16.04** |
| **Flexo Print Unit 5** | **mach. no.:** | **6432.16.04** |
| **Transfer Unit TU1** | **mach. no.:** | **6433.16.04** |
| **Rotary Die Cut Unit** | **mach. no.:** | **6434.16.04** |
| **Layboy** | **mach. no.:** | **6435.16.04** |
| **Evo-Stack HS for stacks** | **mach. no.:** | **6436.16.04** |
| **Waste Conveyor cross** | **mach. no.:** | **6437.16.04** |

**Code-No.: 84418000**
**Above as further described below and including, but not limited to, the following:**

    One (1) Prefeeder Model PF Block-Feeder
    One (1) Vacuum Feeder Model AN HBL
    Five (5) Flexo-Printing-Unit bottom printing Model FD HBL
    One (1) Ink-Conditioning System ICS 05
    One (1) Transfer Unit TU 1 (one vaccum system)
    One (1) Rotary Die Cutting Unit steel/polyurethane Model RS HBL
    One (1) RDC Stacker, Model EVO-Stack for stacks
    One (1) CNC-Control; One (1) Register Control;
    One (1) Camera for 100 % print control;
    One (1) Monitoring System (digital system); 4 camera system with 24 "-high-definition monitor
    One (1) UL-cables-application ; One (1) Special wire marking-application;
    One (1) UL-parts-application
    One (1) Baldwin Automatic platewasher
        Three (3) JB Machinery Flexo Dryers (on final 3 Print Stations) S/N <u>167920</u> with**:**
        One (1) Profibus Communication System;
        Three (3) Power Drop Down
        Three (3) Visionmaster In-Press Dryer Inspection & Monitoring System (3 VM);

**ONE (1) Used BAHMULLER TURBOX XL 125" SPECIALTY FOLDER GLUER MODEL BTX 3200, SERIAL NUMBER:     WZ1005346     , including, but not limited to, the following:**

Feeder / Dynamic Fold I – II / Finalbox Fold / Trombone Unit / Press-Unit 1500mm / Boxflow®Control

UNIQUE FOLD device

Converting of straight line, crash-lock and 4 corner boxes

**DFS – DIAGONAL FOLD SUPERVISION (1)**

**GLUE APPLICATION SYSTEM COLD GLUE – Leary/Robatech**

Controller, ArrayTM LS-924 with MonetTM OS 12/24 channel (1)

Glue Valve, QuantumTM Series with IT - iT04TM with QUADTM Amplifier Glue Detection (12)

Glue Feed with high Pressure CXU 110 Pump (1)

8-Valve Glue Manifolds (2)

Batch/Reject Spray gun J250 system incl. tank (1)

**GLUE APPLICATION SYSTEM HOTMELT– Leary/Robatech**

Concept B 12/4, KPC12 melting pot (1)

SX 1S 296 Diamond hotmelt glue gun with 5 m hose (4)

Hotmelt Glue Detection, HM2TM with Amplifier (4)

**GLUE APPLICATION SYSTEM HOTMELT PSA (Pressure sensitive adhesive) – Leary/Robatech**

JumboFlex Melter (100 kg) (1)

FK-IT 25 slot nozzle application head with 18 mm mask, 5 m hose and bracket (1)

**ENPRO system**

Silicon tape applicator (1)

Tear thread applicator (1)

Retrofit UNIQUE EJECT (1)


**ONE (1) Used DYNARIC, INC. MODEL SMB COR-W1250X400 (49.2"X15.75") FULLY AUTOMATIC BOTTOM SEAL CORRUGATED BUNDLING SYSTEM, SERIAL NUMBER 700B011635001 , featuring the following:**

Soft Touch bundle handling w/ powered bottom, side and top drive belts with adjustable speed control;

Heavy duty bundle stop plate; Safety doors at exiting conveyor; Back work table and lateral side guide;

Smart Touch icon driven touch screen control panel; Stores up to 2,000 bundle recipes (one touch setup w/ optional fully automatic bundle format adjustment); Automatic strap feed from external dispenser;

Strap width adjustable 5mm-12mm (1/4"-1/2"); Strapping module slides out of SMB COR for fast access servicing;

"Direct-Access-Technology" Easy access to strap path without tools; Anti-Strap-Loss-Function automatic strap recovery;

Wear-free, Energy Saving 24VDC direct-drive motors; Heavy duty bundle stop 2nd position; Bundle format adjustment fully automatic; Rear alignment pusher for back bundle squaring with safety light curtain


**ONE (1) Used A.G. STACKER eZF LOAD FORMER MODULE 1, S/N:  LF07-22-006 ;**

complete with all standard features and components including, but not limited to, the following:

-All Electric;

-Selectable semi-auto and full auto cycle modes;

-Remote access and Wi-Fi capable;

-Semi-automatic pallets and bottom sheet feeder;

-Modular and scalable system capable of connecting to eZF Module 2 for 96" stacks;
--Safety: High and Low Voltage Separation for electrical enclosure; Hard Guarding;
-eZF Module1 with Hard Guarding, air table, and operator platform;
-Maximum Load Size with Module 1 is approximately (60" x 60" x 52")

**ONE (1) Used AUTOMATAN MODEL 7780 LABEL LAMINATOR, S/N: <u>7780-29.</u>**

**TWO (2) Used KONGSBERG C64 CAD TABLES, S/Ns: <u>859548</u> and <u>859558.</u>**

**ONE (1) Used KONGSBERG XL2 CAD TABLE, S/N: <u>703902.</u>**

**EQUIPMENT DESCRIPTION:**

**One (1) used Bobst VISIONCUT 160 PR Autoplaten® press Serial Number <u>0651 200 0045</u> ;**
including all Standard Equipment plus the following optional equipment:
　　　One (1) Item# A-114.001 Air conditioning of electrical cabinet.
　　　One (1) Item# A-114.002 Reinforced air conditioning of electrical cabinet (Over 40°C to 55°C)
　　　One (1) Item# C-215.001 Additional vacuum-pressure pump
　　　One (1) Item# E-112.001 Chase loader with 2nd chase and platform.
　　　One (1) Item# E-211.003 Soft cutting plate, 180 HV, 1 mm (set of 20 plates)
　　　One (1) Item# F-211.001 Motorized waste removal belt
　　　One (1) Item# G-113.001 Gripper opener and ejector
　　　One (1) Item# G-213.001 Channel for the front waste removal
　　　One (1) Item# V-414.002 Extended warranty for 1 year for "PR" Version
　　　One (1) Item# V-611.002 Recommended spare parts for first priority:
mechanical and electrical for "PR" version

**One (1) used Bobst Model Autoplaten SPO 160-S Flat Bed Die Cutter, S/N <u>0658 027 03</u> ;**
(Max. format 1100mm x 1600mm / 43" x 63") including, but not limited to, the following:
　　　- Bobst Dynaload Prefeeder
　　　- Vaccum Feeder
　　　- Die Cut Unit
　　　- Stripping Section
　　　- Take off
　　　- Two (2) Palmac Bundler Breakers
　　　- Transfer Conveyor

**One (1) used Bobst SPO 1600 Flat Bed Die Cutter, S/N <u>0663044805</u> including, but not limited to:**
Feeder; Die Cutting Unit; Stripping Section; Delivery Unit and Chase Loader; In-line Bobst Model Flexo
160 Two (2) Color Printer with pull collars (manufactured in 1993) including two (2) Print Units bottom
printing;

**One (1) used TEl Model SPBF 50-65 Pre-feeder, S/N <u>P-1729</u>;**

**Two (2) used Palmac Omni Bundle Breakers Type Q1600, S/N'S <u>31552/85-153</u> & <u> - </u> ;**
including, but not limited to: Separator 1 1600/1/130; Cross feeder 1600/1; Separator 2 1600/2/55; and
Table.

**One (1) used Palmac Turntable, S/N <u>  - </u> .**

**One (1) used Tanabe JD Boxer Specialty Folder-Gluer 1700 mm, S/N <u>Y055</u>;** including, but not limited to, the following:
- Feeder section, standard.
- 8 Stream fed belts.
- Feed gates (2x) and pile press.
- Pile supports (1 set).
- Variable servomotor drive for feeder speed control.
- Upgrade Option package included
- F1 - 4 of 8 stream fed bets vacuum supported (incl. pump).
- F3 - Cleaning brush.
- F6 – Timed feeding.
- First front- and back-fold section, standard ("A-unit")
- Independent servomotor drive
- 2 upper and lower carriers set by computer
- Driven top- and bottom belts
- Pneumatic movement up/down upper carriers
- Lead edge backward folding on automatic lock bottoms and trays. (Front folding hooks)
- Trailing edge forward folding on trays, or pre-breaking of panel scores/glue tabs. (Back-folding)
- Side-positioning of back-fold hooks by means of quick-lock.
- Folding shoes with 3 different widths.
- Electronic Jam-stop.
- 19" HMI Touch screen. (on operator side)
- Upgrade Option package included
- A2 - Pneumatic movement up/down front fold hooks.
- Second front- and back-fold section, standard ("B-unit")
- Independent servomotor drive
- 3 upper and lower carriers set by computer
- Driven top- and bottom belts
- Pneumatic movement up/down upper carriers.
- Lead edge backward folding on automatic lock bottoms and trays. (Front folding hooks)
- Trailing edge forward folding on trays, or pre-breaking of panel scores/glue tabs. (Back-folding)
- Servomotor driven back-fold system.
- Side-positioning of back-fold hooks by means of quick-lock.
- Folding shoes with 2 different widths.
- Blower for vacuum support.
- Electronic Jam-stop.
- Upgrade Option package included
- B2 - Pneumatic movement up/down front fold hooks.
- BG - Glue Bridge. (six corner out-fold)
- Final fold section, standard
- Independent servomotor drive.
- 3 upper and lower carriers set by computer.
- Driven top- and bottom belts.
- Folding belts with servomotor driven independent speed control.
- Lifting of transfer-belts manually.
- Left upper belt can be shortened for production of 4-point with cover and 6-point out-fold trays.
- Side panel inward folding and glue application.
- All brands and type glue applicators can be used (HHS, Nordson, Valco).
- Glue Bridge with connections for 12 glue applicators and sensors.
- Lower Glue applicator
- Open frame construction for easy operator access.

- 19" HMI Touch screen. (on front section and operator side)
- Electronic Jam-stop.
- Upgrade Option package .
- FF2 - Centre sub belt plus drive & flip function when not used.
- FF3 - 2 sets of press rollers with V belts.
- Trombone section, standard
- Independent servomotor drive.
- 2 upper and lower carriers set by computer.
- Driven top- and bottom belts.
- Vertically adjustable upper transport belts.
- Pneumatic driven mechanical batch counting box kicker.
- Pneumatic cylinder controlled press guide for blank exit.
- Case squaring unit (spanker) incl. electronic height control for the squaring hopper.
- 19" HMI Touch screen. (on operator side)
- Electronic Jam-stop.
- Upgrade Option package included
- T1 - Driven top- and bottom belts, independent servomotor drive for variable speed control of upper belts.
- Compression conveyor section 1200mm
- Width 1200 mm for a 1700 mm wide SFG
- Independent servomotor drive.
- Positioning of top unit by computer. (distance between upper press belt and main machine)
- Side shift positioning by computer.
- Front-end height adjustment by computer.
- Front-roll height adjustment by computer.
- Pressure belt for straight-line boxes.
- UV Black light.
- Pressure adjustment by air pressure. (manual)
- Upper belt type: solid.
- Upgrade Option package included
- C1 – Upper belt type: Sponge instead of standard type: solid.
- C2 - Positioning of top unit (distance between upper press belt and main machine) by computer.
- C3 - Pressure adjustment by computer.
- Main computer system (Auto-set)
- JDIS service JDIS is the JD online System.
- Glue system "HHS" HHS KFE-KPE9-PMDRE6 1xPump and 6 non-contact GKP5-114-2M guns.
- Option "2x JD special fold" Special fold in the A and B unit.
- Option "Spray counter" Equipment necessary to mark boxes in a shingle.
- Option "Camera system" 4 Cameras are positioned on strategic points to have a quick overview for the operator. Monitor will be positioned at feeding unit.
- Option "Rotary stopper" Stopper squaring with servo drive.
- Option "INTERFACE" Enpro WTB
- "Last Squaring Unit" Squaring units (3x) attached at the entrance of the compression conveyor to square, for example, high ratio boxes.
- Option "Glue detection system" Integrated glue detection system for 6 glue guns. Glue length is detected behind every glue head.
- Option "Six corner in-fold tool kit" Additional tooling necessary for running 6 corner in-fold trays.
- Option "Ejection unit" Unit to eject individual boxes. This can be rejected boxes or sample boxes.
- E-com unit with integrated Enpro MAS (multi-application system) and HHS Silicon Hot-melt (25 Kg.) with hose and slot nozzle
- Independent servomotor drive

- 2 upper and lower carriers set by computer
- Driven top- and bottom belts
- Pneumatic movement up/down upper carriers
- Electronic Jam-stop.
- Compression belt extension:
- Belt extension with interface for synchronized speed setting

**One (1) used AG Stacker eZF Load Former Module 1, S/N ( LF07-22-003)**
complete with all standard features and components, including but not limited to:

      -All Electric;
      -Selectable semi-auto and full auto cycle modes;
      -Remote access and Wi-Fi capable;
      -Semi-automatic pallets and bottom sheet feeder;
      -Modular and scalable system capable of connecting to eZF Module 2 for 96" stacks;
      --Safety: High and Low Voltage Separation for electrical enclosure; Hard Guarding;
      -eZF Module1 with Hard Guarding, air table, and operator platform;
      -Maximum Load Size with Module 1 is approximately (60" x 60" x 52")

**One (1) used SIG-CORR Bundle Squaring and Strapping machine Model 1250 Left side machine (49" Left Hand), S/N 700B012230002** specifically designed for use behind a specialty gluer comprised of:

-      Entry belt conveyors with Soft-Touch bundle handling on machine infeed side
-      Exit belt conveyors with Soft-Touch bundle handling on outfeed side
-      Bundle front side-squaring plate (pneumatic) on outfeed side of machine
-      3 color machine status light-tower
-      Integrated strapping machine with electrical dual bundle compression
-      Automatic strap loading, re-feed, low-on-strap indicator and auto "end of strap" ejection
      Machine strap chute 1250 x 400 mm
-      Bundle width, length, height adjustment
-      Top flat bundle indexing belt adjustment
-      SIG-View HMI machine control panel
-      Integrated PLC with up to 2,000 bundle dimension /settings in memory possible
-      Machine height adjustable from 34" to 37.5"
-      Bundle side squaring belts- soft touch, for five (5) sided squaring
-      Dual top wide belts- soft touch, for five (5) sided squaring
-      SIG-CORR 1250 49" Left Hand
-      Bundle Rear Alignment Pusher squares and indexes to the bundle squaring plate for 6 sided squaring.
-      Second Bundle Front Squaring Plate recommended for 4 point glued boxes, hand wheel adjustment
-      Fully Automatic Format Adjustment via HMI. Replaces hand wheels
-      Pack Table on infeed side for simple and fast feeding of the bundle
-      Side Guide Stacking Plate for fast bundle alignment and feeding
-      Spare Parts Kit
-      Additional Quick Change Dispenser

**One (1) used 43" x 65" Automatan Label Laminator (SC-9666) Model 4260, S/N 4260-1.**

**One (1) used GF Puhl Plant Scrap Collection & Exhaust System plus 1600 2 C Concentrator System with Balemaster Baler including, but not limited to, the following:**
      Exhaust #6 Extraction Point Stacker; Exhaust #5 Extraction Point Stacker; Exhaust #4 Extraction Point Stacker;

Exhaust #3 Die Cut Cylinder, Two (2) Assistance Fans included; Exhaust Group #2 Vacuum Transfer at Delivery Section; Exhaust Group #1 Vacuum Transfer at Feed Station;
Two (2) Vaneaxial Fans for Die Cutter Dust Extraction, 5Hp/480 volt/3 phase motor, V Belt Drive;
Two (2) Tube Fans for Vacuum Transfer, 10Hp/480 volt/3 phase motor, V-Belt Drive;
Ductwork & fittings; Electrical Controls Package: PLC Control Panel, On site commissioning, 2-10 Hp VFD's;
Upgraded Photo Eye Control; **and including upgrades consisting of the following**:

**Two (2) Puhl 217/60 Hp. Heavy Duty Blowers <u>SNs: 2205070G and 2205071G</u> each:**
Floor Mounted with Inlet and Outlet Mufflers, OSHA Compliant Guards,Tool-less Access to Bearing Grease Fittings and Dynamic Balancing

**One (1) Puhl 117 / 30 Hp. XHD Transfer Blower <u>SN: 2205069G</u> featuring:**

Floor Mounted with Inlet and Outlet Mufflers, OSHA Compliant Guards, Tool-less Access to Bearing Grease Fittings and Dynamic Balancing

**One (1) Puhl Screen Separator Concentrator 120" SN 220265G with Floor Support**

**One (1) Puhl Sock Filter System (16 BBLS x 21' 10" Bags) featuring:**
Four (4) 4x4 Modules /Plenums, 20 ft. Spacing Between Filter Banks, Quick Release Barrel Lids, Sprinkler Heads, Ceiling Mounted, Roof Load Verification and Roof Reinforcement.

**Mufflers for the EXISTING Blowers**;
Balemaster Shredder 1 @ 16"
S&S 2 @ 14"
Gopfert 2 @ 16"
Bobst Vision Cut 2 @ 16"

**Ductwork and Fittings including:**
Ceiling and Wall Mounted Spiral Ductwork with Supports every 18 to 22 ft.
BOX type inspection doors every 18 to 22 ft. and 90 degree changes in direction.
One (1) Bobst Inlet Hood
Inlet Dampers 2 @ 16" and 1 @ 15" Standard Weighted.

**Electrical Engineering and Controls as follows:**
Wiring Diagrams in CAD
Two (2) 60 Hp. FVNR Starter Panels
One (1) 30 Hp. FVNR Starter Panel
One (1) Set Photo Eyes with Static Suppressor and Air Blast Hardware
Engineering, Site Survey, CAD Approval Drawings
Operations Manuals on USB or Cloud Drive

**One (1) used HP SCITEX Model 15500 HDR, <u>S/N IL 4600E028</u>**

**One (1) used MOSCA 3-Head Unitizer Model CTM 702-10 S/N: <u>875</u>.**

**Two (2) used LANTECH Model Q300 Stretch Wrappers S/Ns: <u>QM050588</u> & <u>04131.</u>**

**One (1) used ACS COMPLETE PLANT CONVEYOR SYSTEM** including, but not limited, to the
following:
537' of 84" Powered Roller Conveyor;
60' of 84" Roller Conveyor;
(6) 84" Chain Transfers;
(4) 84" Forklift Pickup Stations;
(1) 84" Load Centering Device;
(5) 84 X 60 Chain Transfers;
Multiple WIP Lines;
Transfer Car;
562' of 60" Powered Roller Conveyor;
(6) 60" Chain Transfers;
(4) 60" Forklift Pickup Stations;
20' of 110" Powered Roller Conveyor;
(2) 110 X 84 Chain Transfers and
(1) 110" Forklift Pickup Station


All property listed above complete with any and all attachments, accessions, additions, replacements,
improvements, modifications and substitutions thereto and therefor and all proceeds including insurance
proceeds thereof and therefrom.


Ref: Dusobox-PrecisionCorr Exhibit A #2024-11 & #2024-12

**Section 2.05**

**Assigned Contracts**

1. Lease Agreement, by and between Orlando Warehouse Portfolio, Inc. and Dusobox Corporation, dated January 20, 2016, as amended by that certain First Amendment to Lease, by and between Orlando Warehouse Portfolio, Inc. and Dusobox Corporation, dated August 15, 2016, as amended by that certain Second Amendment to Lease, by and between Orlando Warehouse Portfolio, Inc. and Dusobox Corporation, dated November 7, 2016, as amended by that certain Third Amendment to Lease Agreement, by and between Colfin 2017-2 Industrial Owner, LLC and Dusobox Corporation, dated April 21, 2022, as amended by that certain Fourth Amendment to Lease Agreement, by and between Colfin 2017-2 Industrial Owner, LLC and Dusobox Corporation, dated February 14, 2023.

2. Sheet Plant Suite Proposal, by and between Kiwiplan and Dusobox Corporation, dated January 12, 2018.

3. Sage End User License Agreement, by and between Sage Software, Inc. and Dusobox Corporation, undated.

4. Equipment and Supply Agreement, by and between The J.M. Fry Company, Inc. and Duso Box, dated May 12, 2023.

5. Proposal Number 24-GWNB-31972, by and between Aquaclean and Dusobox Corp, dated July 22, 2024.

6. Purchase Order No. 17292, by and between Esko-Graphics and Dusobox Corporation, dated October 18, 2023.

7. Advanced Managed IT Services Agreement, by and between Selkregg Tech, LLC and Dusobox, dated January 5, 2020.

8. The following agreement referenced on Form 206G (Executory Contracts and Unexpired Leases): "Design on the CAPE program software" with EPS.

9. Purchase Order No. 025368 (Software for Color Verification) by and between GMG Americas and Dusobox Corporation, dated April 17, 2017.

10. All written purchase orders placed by customers of Seller that are unfulfilled as of the Closing Date and for which no deposit or other form of prepayment has been made or is in effect by such customer.

### Section 4.03

**Financial Statements**

*[Attached]*

<u>**Section 4.05**</u>

**Material Contracts**

**<u>Section 4.08</u>**

**Intellectual Property**

**<u>Section 4.09</u>**

**Real Property**

1. Lease Agreement, by and between Orlando Warehouse Portfolio, Inc. and Dusobox Corporation, dated January 20, 2016, as amended by that certain First Amendment to Lease, by and between Orlando Warehouse Portfolio, Inc. and Dusobox Corporation, dated August 15, 2016, as amended by that certain Second Amendment to Lease, by and between Orlando Warehouse Portfolio, Inc. and Dusobox Corporation, dated November 7, 2016, as amended by that certain Third Amendment to Lease Agreement, by and between Colfin 2017-2 Industrial Owner, LLC and Dusobox Corporation, dated April 21, 2022, as amended by that certain Fourth Amendment to Lease Agreement, by and between Colfin 2017-2 Industrial Owner, LLC and Dusobox Corporation, dated February 14, 2023.

**Section 4.10**

**Insurance**

**<u>Section 4.11</u>**

**Legal Proceedings; Governmental Orders**

## Section 4.14

**Related Party Transactions**

## Section 4.15

**Labor**